LHOMPSON ATLANTA CINCINNATI COLUMBUS NEW YORK
~ HIN E CHICAGO CLEVELAND DAYTON WASHINGTON, D.C,
USDC SDNY
DOCUMENT
December 28, 2020 hoe ne EP
DATE FILED:
VIA ECF ae
Hon. Katharine H. Parker
United States Magistrate Judge SO ORDERED:
Southern District of New York
Daniel Patrick Moynihan United States Courthouse YV th x d aL +t Lu
Now York, New York 10007 HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JU!
. . . 01/01/2021
Re: Spectrum Dynamics Medical Limited v. General Electric Company, et al.,
Case No.: 18-cv-11386 (VSB)
Dear Judge Parker:
On behalf of Defendant General Electric Company (“GE”), we write pursuant to Federal
Rule of Civil Procedure 5.2(e), Your Honor’s Individual Rule of Practice IJ(d), and the parties’
Stipulated Confidentiality and Protective Order (the “Protective Order’) (Doc. 156) to request that
one paragraph contained in Document Number 161, the transcript of the parties’ appearance before
Your Honor on December 18, 2020, be redacted and filed under seal. GE respectfully requests
that before the transcript is made publicly available, the court reporter be directed to redact GE’s
counsel’s statement at page 18, lines 14 through 18, of the transcript. The proposed redaction is
set forth in Exhibit 1 hereto. Plaintiff does not object to this request.
The presumption of public access to judicial documents can be overcome if countervailing
factors warrant confidentiality. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 120 (2d
Cir. 2006); see also Nixon v. Warner Commce’ns Inc., 435 U.S. 589, 598 (1978). Sealing of records
may be justified to preserve “higher values,” including the need to protect an entity from
competitive injury. Lugosch, 435 F.3d at 124; see also Tropical Sails Corp. v. Yext, Inc., No. 14-
cv-7582, 2016 U.S. Dist. LEXIS 49029, at *10-11 (S.D.N.Y. Apr. 12) (risk of “competitive injury
is sufficiently serious to warrant protection” of proprietary business information). Consistent with
this, courts routinely permit sealing and redaction of competitively sensitive proprietary business
information. See, e.g., Louis Vuitton Malletier S.A. v. Sunny Merch. Corp., 97 F. Supp. 3d 485,
511 (S.D.N.Y. 2015); Encyclopedia Brown Prods., Ltd. v. Home Box Office. Inc., 26 F. Supp. 2d
606, 614 (S.D.N.Y. 1998); see also Nixon, 435 U.S. at 598 (recognizing need to seal information
that might “harm a litigant’s competitive standing”).
Here, the discussion in the transcript (Doc. 161 at 18:14-18) concerns GE’s development
of a certain product that is not publicly available. That information is competitively sensitive and
proprietary information of GE that, if disclosed, would pose a substantial risk of harm to GE. and
constitutes “Highly Confidential — Attorneys’ Eyes Only” information under the Protective Order.
(Doc. 156.). This is the sort of competitively sensitive information that courts consistently protect
from disclosure. See, e.g., Ferring B.V. v. Allergan, Inc., No. 12-cv-2650, 2017 U.S. Dist. LEXIS
150239, at *16 (S.D.N.Y. Sep. 7) (granting motion to seal documents containing proprietary
Marla.Butler@ThompsonHine.com Fax: 404.541.2905 Phone: 404.407.3680
THOMPSON HINE LLP Two Alliance Center www. IhompsonHine.com
ATTORNEYS AT LAW 3560 Lenox Road, Suite 1600 Phone: 404.541.2900
Atlanta, Georgia 30326-4266 Fax: 404.541.2905

‘THOMPSON
HINE

Page 2
information related to product development); Encyclopedia Brown, 26 F. Supp. 2d at 612 (sealing
documents reflecting sensitive trade secret information). This is particularly the case where, as
here, the information to be sealed was not relevant to the Court’s resolution of any issue. Cf
Bernstein v. Bernstein Litowitz Berger & Grossman LLP, 814 F. 3d 132, 143 (2d Cir. 2016)
(denying sealing request where documents were “highly relevant to the exercise of Article III
judicial power’’).
GE’s request is narrowly tailored to protect GE’s highly confidential information and does
not deprive the public of access to critical information. GE respectfully requests that the Court
permit GE’s requested redaction in the publicly available version of the December 18, 2020
transcript (Doc. 161).
Very truly yours,
/s/ Marla R. Butler
THOMPSON HINE LLP
(pro hac vice) Jesse Jenike-Godshalk (pro hac vice)
Lauren Hogan (p hoe wi 312 Walnut Street, Suite 1400
Two Alliance Ceater wee Cincinnati, Ohio 45202
3560 Lenox Road NE, Suite 1600 hee Gia, pee
Atlanta, Georgia 30326 Jesse Godshalk @ ThompsonHine.com
Tel.: (404) 541-2900 ,
Fax: (404) 541-2905
Marla.Butler@ ThompsonHine.com
Carl.Wesolowski@ThompsonHine.com
Lauren.Hogan@ThompsonHine.com
Brian Lanciault J effrey Metzcar
335 Madison Avenue, 12th Floor Discovery Place
New York, New York 10017 10050 Innovation Drive

Brian.Lanciault@ ThompsonHine.com Fax (937) 430-3781
Jeff.Metzcar@thompsonhine.com
Attorneys for Defendants
General Electric Company, GE Healthcare,
Inc., GE Medical Systems Israel Ltd., Jean-
Paul Bouhnik, Sergio Steinfeld,
Arie Escho, and Nathan Hermony and for Non-
Party Yaron Hefetz
ce: All Counsel of Record via ECF

NJPOC@MI ?DNOMD>O JA I @R SJMF
Db f Y7 7
?cW_Yh $. 7. 5*Wj *. . 053*
NK@>OMPH ?SI <HD>N H@?D><G GDHDO@?) 7 QN=*FCK
K` U] bh] ZZ) 7
* U[ U] bgh * 7
B@I @M<G @G@>OMD> >JHK<I S) Yh U` +) 7 I Yk Scf _) I Yk Scf _
?YWYaVYf . 5) / - / -
?YZYbXUbhg+ 7
O@G@KCJI @>JI A@M@I >@
************************************* 7
KMJ>@@?DI BN =@AJM@
OC@CJI JM<=G@EP?B@F<OC<MDI @C+ K<MF@M )
PI DO@? NO<O@N H<BDNOM<O@EP?B@
<KK@<M@N7
Acf K` U] bh] ZZ7 MDQFDI M<?G@M GGK
=S7 BM@BJMS ?+ HDGG@M) @NL+
/ 2 HU] b Nhf YYh
>ci f h K` UnU I cf h\ * Ni ] hY 2- .
CUW_YbgUW_) I Yk EYf gYm - 43- .
/ - . */ 54*/ 13-
BM@@I =GPH % =@MI NO@DI ) K+G+>+
=S7 I @DG A+ BM@@I =GPH) @NL+
K@O@M =M<I FJ K@ED>) @NL+
. 62- Mc` UbX >` Uf _Y K` UWY
MYghcb) Q] f [ ] b] U / - . 6.
4- 0*4. 3*. . 6.
Of UbgWf ] dh] cb NYf j ] WY7 >Uf c` Y Gi Xk] [ ) ' 0( - 1) 0, / 2, . - &+03, ) +1
. 22 @Ugh Aci f h\ Nhf YYh $0>
I Yk Scf _) I Yk Scf _ . - - - 6
K\ cbY7 ' / . / ( 1/ - *- 44.
@aU] ` 7 Of UbgWf ] dh] cb1/ - ; Uc` +Wca
Kf cWYYX] b[ g WcbXi WhYX hY` Yd\ cb] WU` ` m UbX f YWcf XYX Vm
Y` YWhf cb] W gci bX f YWcf X] b[ 8
Of UbgWf ] dh df cXi WYX Vm hf UbgWf ] dh] cb gYf j ] WY
Acf ?YZYbXUbhg7 OCJHKNJI CDI @
=S7 H<MG< M+ =POG@M) @NL+
Okc <` ` ] UbWY >YbhYf
023- GYbcl McUX I @) Ni ] hY . 3- -
<h` UbhU) BYcf [ ] U 0- 0/ 3
1- 1*21. */ 6- -
OCJHKNJI CDI @GGK
=S7 E@NN@G+ E@I DF@*BJ?NC<GF) @NL+
0. / RU` bi h Nhf YYh * . 1h\ A` ccf
>] bW] bbUh] ) J\ ] c 12/ - /
2. 0*02/ *34- /
OCJHKNJI CDI @GGK
=S7 =MD<I KCDGDK GD<PGO) EM+
002 HUX] gcb <j Ybi Y
I Yk Scf _) I Yk Scf _ . - - . 4
/ . / *6- 5* 0612
+- ( ) 4

) 4 % , + - % 1 + . - 0
/ 8$ / 8$
3; B=8AA ( ; @86B ' @>AA ( ; @86B ' @>AA
I cbY
) 4 * + & + 1 0
) D9; 5; B 2>; @
- C<58@ ( 8A6@; ?B; >= +( += ( ; @8
I cbY
/ OC@>G@MF7 >U` ` ] b[ WUgY . 5 W] j ] ` . . 053) NdYWhf i a
0 ?mbUa] Wg HYX] WU` j g+ BYbYf U` @` YWhf ] W >cadUbm) h\ Y
1 Ccbcf UV` Y FUh\ Uf ] bY C+ KUf _Yf ) df Yg] X] b[ +
2 =Y[ ] bb] b[ k] h\ Wci bgY` Zcf h\ Y d` U] bh] ZZg) WUb mci
3 d` YUgY aU_Y mci f UddYUf UbWY Zcf h\ Y f YWcf X9
4 HM+ BM@BJMS HDGG@M7 BccX acf b] b[ ) Bf Y[ cf m H] ` ` Yf )
5 M] j _] b MUX` Yf GGK) cb VY\ U` Z cZ h\ Y d` U] bh] ZZ+ <` gc k] h\ aY
6 cb h\ Y WU` ` ] g I Y] ` Bf YYbV` i a UbX =f Ub_c KY^] W Zf ca h\ Y
. - Bf YYbV` i a % =Yf bghY] b ` Uk Z] f a+ BccX acf b] b[ U[ U] b+
. . CJI JM<=G@F<OC<MDI @C+ K<MF@M ' OC@>JPMO( 7 BccX
. / acf b] b[ +
. 0 OC@>G@MF7 <bX Wci bgY` Zcf h\ Y XYZYbXUbhg) Wci ` X
. 1 mci d` YUgY aU_Y mci f UddYUf UbWY Zcf h\ Y f YWcf X9
. 2 HN+ H<MG< =POG@M7 SYg+ O\ ] g ] g HUf ` U =i h` Yf + <bX
. 3 k] h\ aY Uf Y am Wc` ` YU[ i Yg) EYggY EYb] _Y*BcXg\ U` _ UbX =f ] Ub
. 4 GUbW] Ui ` h) Zcf XYZYbXUbhg) Zf ca O\ cadgcb C] bY+
. 5 OC@>JPMO7 BccX acf b] b[ +
. 6 HN+ =POG@M7 BccX acf b] b[ +
/ - OC@>JPMO7 J_Um) gc kY Uf Y \ Yf Y hcXUm hc hU` _ UVci h
/ . hkc ach] cbg) h\ Y ach] cb Vm NdYWhf i a hc ' ] bX] gWYf b] V` Y( acf Y
/ / XYhU] ` YX ] bZf ] b[ YaYbh WcbhYbh] cbg) UbX h\ Y ach] cb hc gYf j Y
/ 0 WcbhYbh] cb ] bhYf f c[ Uhcf ] Yg+ Nc k\ Uh D&X ` ] _Y hc Z] f gh Xc ] g
/ 1 hU` _ UVci h h\ Y XYhU] ` YX ] bZf ] b[ YaYbh WcbhYbh] cbg+ D kUbh hc
/ 2 i bXYf ghUbX U ` ] hh` Y V] h acf Y k\ Uh NdYWhf i a ] g gUm] b[ + <bX
/ h\ ] g h] Yg U ` ] hh` Y V] h ] bhc h\ Y hf UXY*gYWf Yh ] ggi Y h\ Uh **
0 U W` U] a) D VY` ] Yj Y) h\ Uh NdYWhf i a \ Ug UggYf hYX+
1 Nc) Hf + H] ` ` Yf ) Uf Y mci [ c] b[ hc VY gdYU_] b[ Zcf
2 mci f W` ] Ybh9
3 HM+ HDGG@M7 <Whi U` ` m) ] h k] ` ` VY Hf + =f Ub_c KY^] W
4 k\ c k] ` ` VY aU_] b[ ci f Uf [ i aYbh hcXUm+
5 HM+ =M<I FJ K@ED>7 BccX acf b] b[ ) mci f Ccbcf +
6 OC@>JPMO7 J_Um+ Nc VYZcf Y kY [ Yh ghUf hYX) ` Yh aY
. - ^i gh f Ya] bX Yj Yf mVcXm h\ Uh h\ ] g WU` ` ] g cdYb hc h\ Y df Ygg
. . UbX di V` ] W cb U ` ] ghYb*cb` m VUg] g+ RY Uf Y aU_] b[ U
. / f YWcf X] b[ + DZ mci &X ` ] _Y U hf UbgWf ] dh) mci \ Uj Y hc cf XYf ] h
. 0 k] h\ ] b h\ f YY XUmg+ O\ Y >ci f h ch\ Yf k] gY df c\ ] V] hg h\ Y
. 1 f YWcf X] b[ UbX f YVf cUXWUgh] b[ cZ Wci f h WcbZYf YbWYg+ <bX D&X
. 2 Ug_ U` ` h\ Y dUf h] Yg hc _YYd h\ Y] f d\ cbYg cb ai hY i b` Ygg
. 3 h\ Ym&f Y gdYU_] b[ + <bX Zcf h\ Y VYbYZ] h cZ Ubm Wci f h
. 4 f Ydcf hYf k\ c aUm hf UbgWf ] VY h\ Y hf UbgWf ] dh) d` YUgY ghUhY
. 5 mci f Zi ` ` bUaY VYZcf Y mci gdYU_+
. 6 <` ` f ] [ \ h) gc D&` ` Z] f gh \ YUf Zf ca NdYWhf i a+
/ - HM+ K@ED>7 BccX acf b] b[ ) mci f Ccbcf + O\ ] g ] g
/ . =f Ub_c KY^] W+ <bX D k] ` ` Z] f gh gdYU_ hc h\ Y ach] cb gYY_] b[
/ / acf Y XYhU] ` YX ] bZf ] b[ YaYbh WcbhYbh] cbg Zf ca XYZYbXUbhg+
/ 0 =Ug] WU` ` m) k\ Uh NdYWhf i a&g hf m] b[ hc Xc \ Yf Y ] g ghf YUa` ] bY
/ 1 h\ Y WUgY gi W\ h\ Uh kY Xcb&h YbX i d ] b U g] hi Uh] cb k\ Yf Y
/ 2 kY&f Y \ Uj ] b[ hc hU_Y gYj Ybhm XYdcg] h] cbg UbX U` ` h\ Y ch\ Yf
/ h\ ] b[ g h\ Uh Uf Y UggcW] UhYX ] Z WcbhYbh] cb ] bhYf f c[ Uhcf ] Yg
0 Uf Y bch gYf j YX+
1 =i h gdYW] Z] WU` ` m) k] h\ f YgdYWh hc h\ Y ] bZf ] b[ YaYbh
2 WcbhYbh] cbg) h\ ] g ] g Ub ] bhYf Ygh] b[ g] hi Uh] cb k\ Yf Y
3 NdYWhf i a W` U] ag h\ Uh h\ YgY dUhYbhg Uf Y h\ Y f Ygi ` h cZ
4 a] gUddf cdf ] UhYX hf UXY gYWf Yhg+ <bX hc h\ Y Yl hYbh h\ Uh
5 XYZYbXUbhg gYY_ hc ghf YhW\ h\ Y W` U] a gWcdY hc Wcj Yf h\ Y
6 UWWi gYX XYj ] WY) h\ cgY W` U] ag Uf Y ] bj U` ] X Ug cVj ] ci g+
. - JbY cZ h\ Y h\ ] b[ g h\ Uh Wcad` ] WUhYg h\ Y ZUWh cZ h\ Y
. . XYhU] ` YX WcbhYbh] cb ] bhYf ** bch WcbhYbh] cb
. / ] bhYf f c[ Uhcf ] Yg ** D&a gcf f m ** h\ Y ] bZf ] b[ YaYbh
. 0 WcbhYbh] cbg i bXYf h\ Y ` cWU` dUhYbh f i ` Yg ] g h\ Y d` U] bh] ZZg
. 1 \ Uj Y ^i gh ] XYbh] Z] YX U XYj ] WY UbX WYf hU] b W` U] ag h\ Uh Uf Y
. 2 ] bZf ] b[ YX k] h\ ci h Yl d` U] b] b[ k\ Yf Y h\ Y ZYUhi f Y cb h\ Y
. 3 XYj ] WY ] g) Ug kY` ` Ug k\ Yh\ Yf h\ Y W` U] a ] g VY] b[ Wcbghf i YX
. 4 i bXYf NYWh] cb . . / Ug aYUbg d` i g Zi bWh] cb+ Ai f h\ Yf ) h\ Y
. 5 XYZYbXUbhg Xc bch ghUhY k\ Yh\ Yf h\ Y ] bZf ] b[ YaYbh ] g X] f YWh
. 6 cf ` ] hYf U` cf Yj Yb i bXYf h\ Y XcWhf ] bY cZ Yei ] j U` YbWY+
/ - <bX **
/ . OC@>JPMO7 RY` ` ) Hf + KY^] W) D&a ` cc_] b[ f ] [ \ h bck
/ / Uh k\ Uh XYZYbXUbh \ Ug df cj ] XYX hc mci + Nc h\ Yf Y&g hkc
/ 0 XYj ] WYg) Ug D i bXYf ghUbX ] h) U` h\ ci [ \ h\ Ym kcf _ j Yf m
/ 1 g] a] ` Uf ` m) UbX h\ Yf Y&g hkc dUhYbhg Uh ] ggi Y) Ug D
/ 2 i bXYf ghUbX ] h+
/ HM+ K@ED>7 SYg) mci f Ccbcf +
0 OC@>JPMO7 J_Um+ <bX Ug D i bXYf ghUbX ] h) NdYWhf i a
1 ] g gUm] b[ UbX Vf ci [ \ h h\ ] g UWh] cb gUm] b[ h\ Uh XYZYbXUbhg
2 ghc` Y WYf hU] b hf UXY gYWf Yhg) UbX mci ] XYbh] Z] YX h\ cgY hf UXY
3 gYWf Yhg ] b mci f >cad` U] bh) UbX Ei X[ Y =f cXYf ] W_ X] ga] ggYX
4 h\ Y W` U] ag Ug hc WYf hU] b hf UXY gYWf Yhg Vi h ch\ Yf ] XYbh] Z] YX
5 hf UXY gYWf Yhg Uf Y gh] ` ` ] b d` Um+ <bX mci Vf ci [ \ h h\ Y W` U] a
6 gUm] b[ h\ Uh h\ YgY kYf Y mci f hf UXY gYWf Yhg) h\ Uh XYZYbXUbhg
. - ghc` Y h\ Ya UbX h\ Ym i gYX h\ Ya Zcf h\ YgY hkc XYj ] WYg) f ] [ \ h)
. . h\ Y ] a] hUh] cb XYj ] WY) Ug mci WU` ` ] h) UbX h\ Uh h\ Ym&f Y
. / ] a] hUh] b[ h\ Y Q@MDOJI UbX h\ Y Q@MDOJI *>O9
. 0 HM+ K@ED>7 O\ Uh ] g Wcf f YWh) mci f Ccbcf +
. 1 OC@>JPMO7 J_Um+ Nc mci &j Y ] XYbh] Z] YX UbX h\ Y
. 2 >ci f h \ Ug UWWYdhYX WYf hU] b cZ h\ cgY hf UXY gYWf Yhg+ <bX
. 3 mci &f Y gUm] b[ h\ Uh h\ Ym kYf Y i h] ` ] nYX ] b h\ YgY U` ` Y[ YX` m
. 4 WcdmWUh aUW\ ] bYg+ I ck) h\ Y Wci bhYf W` U] a ] g gUm] b[ bc) h\ YgY
. 5 aUW\ ] bYg Uf Y VUgYX cb ci f ckb hYW\ bc` c[ m) UbX mci &f Y gUm] b[
. 6 bc) ] h&g bch UbX hf m] b[ hc ] bj U` ] XUhY h\ Y] f dUhYbh+
/ - Nc kY&f Y hU` _] b[ UVci h h\ YgY aUW\ ] bYg+ <bX k\ Yb
/ . D&a ` cc_] b[ Uh k\ Uh XYZYbXUbh \ Ug df cj ] XYX) D gYY Zcf
/ / KUhYbh 106 ] h \ Ug ** XYZYbXUbh \ Ug gdYW] Z] WU` ` m ] XYbh] Z] YX
/ 0 h\ Y dUf h] Wi ` Uf W` U] a Zf ca h\ Uh dUhYbh UbX h\ Yb ] h \ Ug
/ 1 df cj ] XYX d] Whi f Yg cZ mci f aUW\ ] bY k] h\ Ub Yl d` UbUh] cb cZ
/ 2 \ ck B@VY` ] Yj Yg h\ Uh ] h ] bZf ] b[ Yg cb ] hg dUhYbh+ I ck)
/ df Ygi aUV` m mci _bck h\ Y hf UXY gYWf Yhg+ D aYUb) D&a h\ ] b_] b[
0 mci WUb ^i gh hU_Y h\ ] g W\ Uf h UbX mci WUb ^i gh di h h\ Y hf UXY
1 gYWf Yhg f ] [ \ h bYl h hc h\ YgY W` U] ag h\ Uh h\ ] g ] g ** D&a
2 Uggi a] b[ h\ Uh h\ Y hf UXY gYWf Yhg \ Uj Y hc Xc df YW] gY` m k] h\
3 h\ Y gUaY W` U] ag+ HUmVY D&a kf cb[ UVci h h\ Uh) Vi h D Xcb&h
4 i bXYf ghUbX k\ Uh Yl UWh` m ] g XYZ] W] Ybh Uh h\ ] g ghU[ Y cZ h\ Y
5 ` ] h] [ Uh] cb k] h\ h\ ] g df Yhhm XYhU] ` YX W\ Uf h h\ Uh B@\ Ug
6 df cj ] XYX UbX ] bW` i X] b[ ci h` ] b] b[ gdYW] Z] W d] YWYg cZ h\ Y
. - Q@MDOJI ) mci _bck) YbW] f W` ] b[ ] h UbX hU` _] b[ UVci h \ ck ] h
. . f Y` UhYg hc h\ Y W` U] a+
. / HM+ K@ED>7 Sci f Ccbcf ) h\ ] g ] g =f Ub_c **
. 0 OC@>JPMO7 Nc ] Z **
. 1 HM+ K@ED>7 J\ ) D&a gcf f m+ ?] X D Wi h mci cZZ) mci f
. 2 Ccbcf 9
. 3 OC@>JPMO7 I c+ Bc U\ YUX+
. 4 D bYYX U VYhhYf Yl d` UbUh] cb Ug hc k\ Uh ] g a] gg] b[ +
. 5 HM+ K@ED>7 J_Um+ Sci Uf Y UVgc` i hY` m Wcf f YWh8 UbX
. 6 ] b ZUWh) ] b NdYWhf i a&g ] bj U` ] X] hm WcbhYbh] cbg h\ Uh kYf Y
/ - gYf j YX YUf ` ] Yf h\ ] g kYY_) kY X] X Yl UWh` m h\ Uh+
/ . OC@>JPMO7 J_Um+
/ / HM+ K@ED>7 =i h k\ Uh ] g a] gg] b[ ] b) Zcf Yl Uad` Y)
/ 0 mci hU` _YX UVci h h\ Y XYhU] ` YX W` U] a W\ Uf hg Zcf >` U] a . cZ
/ 1 h\ Y 106 dUhYbh) Vi h h\ Y f YaU] b] b[ W` U] ag XYZYbXUbhg ^i gh
/ 2 gUm) #NYY UVcj Y) # ] bW` i X] b[ Zcf ] bXYdYbXYbh W` U] ag cZ
/ X] ZZYf Ybh gWcdY+ Nc) Uh U a] b] ai a) NdYWhf i a VY` ] Yj Yg h\ Uh
0 h\ Y XYZYbXUbhg g\ ci ` X df cj ] XY U XYhU] ` YX W` U] a W\ Uf h Zcf
1 U` ` h\ Y W` U] ag) bch ^i gh ] bXYdYbXYbh >` U] ag . cZ h\ Y 262
2 dUhYbh UbX h\ Y 106 dUhYbh+ O\ Y W` U] a W\ Uf hg kYf Y df cj ] XYX
3 Zcf ^i gh h\ cgY hkc W` U] ag) bch U` ` h\ Y W` U] ag UggYf hYX+
4 OC@>JPMO7 J_Um+ =i h) Ug D i bXYf ghUbX ** ` ] _Y)
5 Zcf Yl Uad` Y) D&a ` cc_] b[ Uh >` U] a / Zcf h\ Y Z] f gh dUhYbh ] b
6 ] ggi Y) dUhYbh ] b gi ] h) k\ ] W\ h\ cgY Uf Y ** h\ Ym&f Y ^i gh
. - f YZYf YbW] b[ h\ Y UddUf Uhi g ] b >` U] a . ) UbX h\ Yb h\ Ym&f Y
. . [ c] b[ ] bhc h\ ] g XYgWf ] dh] cb Zcf h\ ] g W` U] a k] h\ h\ Y kY] [ \ h
. / WcadYbgUh] cb i b] h k] h\ h\ Y Wci bhYf VU` UbWY) UbX h\ Yb h\ Ym&f Y
. 0 XYgWf ] V] b[ ** gc D h\ ] b_ hkc ] g f Y` UhYX hc cbY Vi h ] g
. 1 acX] Zm] b[ ] h U ` ] hh` Y V] h+ Nc D&a bch ** WUb mci Yl d` U] b U
. 2 ` ] hh` Y V] h acf Y **
. 3 HM+ K@ED>7 SYg) mci f Ccbcf + Sci &f Y UVgc` i hY` m
. 4 f ] [ \ h+ <bX ] b Xc] b[ >` U] a . UbX / ] b h\ Uh aUbbYf ] g
. 5 Uddf cdf ] UhY VYWUi gY >` U] a / ] g U XYdYbXYbh W` U] a Zf ca
. 6 >` U] a . +
/ - OC@>JPMO7 M] [ \ h+
/ . HM+ K@ED>7 Nc ] h ] g Uddf cdf ] UhY hc f YZYf YbWY
/ / >` U] a . + =i h ] Z mci &` ` hi f b h\ Y dU[ Y) h\ Yb) hc ` cc_ Uh
/ 0 >` U] a 6) k\ ] W\ ] g ] hgY` Z Ub ] bXYdYbXYbh W` U] a \ Uj ] b[
/ 1 X] ZZYf Ybh gWcdY UbX X] ZZYf Ybh ` ] a] hUh] cbg) U` ` h\ Uh ] g
/ 2 df cj ] XYX ] g U #NYY UVcj Y+# <bX k\ Uh NdYWhf i a VY` ] Yj Yg ] g
/ ] h&g Uddf cdf ] UhY hc df cj ] XY h\ Y gUaY ` ] a] hUh] cb*Vm*
0 ` ] a] hUh] cb UbU` mg] g Zcf h\ Y ] bXYdYbXYbh W` U] ag VYWUi gY h\ Ym
1 Uf Y cZ U X] ZZYf Ybh gWcdY UbX WcbhU] b X] ZZYf Ybh ` ] a] hUh] cbg+
2 OC@>JPMO7 J_Um+ J_Um) gc k\ Uh&g f YU` ` m **
3 HM+ I @DG BM@@I =GPH7 Sci f Ccbcf **
4 OC@>JPMO7 ** k\ Uh mci &f Y gUm] b[ ] g mci bYYX acf Y
5 XYhU] ` cb h\ Y ' ] bX] gWYf b] V` Y( +
6 J_Um) gc **
. - HM+ BM@@I =GPH7 Sci f Ccbcf ) h\ ] g ] g I Y] `
. . Bf YYbV` i a+ D Xcb&h kUbh hc ] bhYf ZYf Y k] h\ h\ Y X] U` c[ i Y h\ Uh
. / mci &j Y VYYb \ Uj ] b[ ) Vi h g] bWY h\ ] g ] g Ub YUf ` m ghU[ Y cZ h\ Y
. 0 WUgY UbX mci f Ccbcf \ Ug cVj ] ci g` m ghi X] YX h\ Y aUhhYf
. 1 WUf YZi ` ` m) h\ Yf Y ] g U hf UW_ h\ Uh mci &f Y [ c] b[ Xckb h\ Uh D
. 2 ^i gh kUbhYX hc U` Yf h mci hc gc h\ Uh kY Xcb&h [ Yh cZZ cb h\ Y
. 3 kf cb[ Zcch+ O\ Y hf UXY gYWf Yhg h\ Uh kYf Y X] gW` cgYX kY W` U] a
. 4 Uf Y ] b h\ Y XYj ] WY) Vi h h\ Ym kYf Y U` gc ] b aUbm XcWi aYbhg+
. 5 Nc ] h kUg bch cb` m ] b h\ Y XYj ] WY h\ Uh h\ YgY hf UXY gYWf Yhg
. 6 UddYUf ) gcaY cZ h\ Ya+ <bX h\ Y dUhYbh ] ggi Yg) Ug Uh ` YUgh kY
/ - gYY ] h) Uf Y gYdUf UhY Zf ca h\ Y hf UXY gYWf Yh ] ggi Yg Yj Yb
/ . h\ ci [ \ h\ Ym ] bj c` j Y h\ Y gUaY dUhYbhg UbX k\ UhYj Yf + <bX gc D
/ / ^i gh kUbhYX hc ** D h\ ] b_ mci f Ccbcf ] g gcf h cZ Uggi a] b[
/ 0 h\ Uh VYWUi gY kY gU] X h\ Y] f XYj ] WY ] bWcf dcf UhYg ci f hf UXY
/ 1 gYWf Yhg) h\ Uh Ug U f Ygi ` h cZ h\ Uh) kY U` f YUXm _bck k\ Uh&g
/ 2 ] b h\ Y] f XYj ] WY) UbX kY U` f YUXm _bck h\ Uh ] h&g ] b h\ Y
/ dUhYbh+
0 OC@>JPMO7 M] [ \ h+
1 HM+ BM@@I =GPH7 <bX k\ Uh D h\ ] b_ mci f Ccbcf ] g
2 a] gg] b[ \ Yf Y ] g h\ Uh k\ Yb ] h WcaYg hc hf UXY gYWf Yhg) h\ Uh&g
3 cbY Zcf a UbU` mg] g+ R\ Yb ] h WcaYg hc dUhYbh ] bZf ] b[ YaYbh)
4 k\ ] W\ ] g k\ Uh&g VY] b[ U` ` Y[ YX \ Yf Y) h\ Yf Y&g U X] ZZYf Ybh
5 UbU` mg] g h\ Uh hU_Yg d` UWY+ <bX k] h\ h\ Y dUhYbh
6 ] bZf ] b[ YaYbh dUf h cZ h\ Y WUgY) h\ Y W` U] ag ** mci ` cc_ Uh
. - h\ Y kcf Xg+ Db ch\ Yf kcf Xg) h\ Ym aUm \ Uj Y X] gW` cgYX ci f ] XYU
. . hchU` ` m ] b h\ Y] f dUhYbh) Vi h k\ Yb ] h WcaYg hc h\ Y ei Ygh] cb
. / cZ ] bZf ] b[ YaYbh) ] h&g bch h\ Y X] gW` cgi f Y h\ Uh Wci bhg cb` m8
. 0 ] h&g k\ Uh h\ Ym gdYW] Z] WU` ` m W` U] a+
. 1 OC@>JPMO7 M] [ \ h+
. 2 HM+ BM@@I =GPH7 <bX gc kY k] ` ` VY Uf [ i ] b[ h\ Uh kY
. 3 Xcb&h Xc k\ Uh&g ] b h\ cgY W` U] ag8 UbX ] b cf XYf hc Xc h\ Uh)
. 4 kY bYYX h\ Y gdYW] Z] W] hm h\ Uh kY ZYY` ] h&g ` UW_] b[ ] b cf XYf
. 5 hc VY UV` Y hc f YgdcbX UbX hc [ Yh h\ ] g WUgY [ c] b[ cb h\ Y
. 6 f ] [ \ h hf UW_+ Nc D Udc` c[ ] nY Zcf ] bhYf f i dh] b[ ) Vi h D ^i gh
/ - kUbhYX hc dc] bh h\ Uh ci h+
/ . OC@>JPMO7 J_Um+ O\ Ub_ mci + D i bXYf ghUbX h\ Y
/ / X] gh] bWh] cb h\ Uh mci &f Y aU_] b[ + Nc ** Vi h ^i gh gc h\ Uh D&a
/ 0 W` YUf ) Uf Y mci gUm] b[ ) Hf + Bf YYbV` i a) h\ Uh h\ Yf Y Uf Y gcaY
/ 1 hf UXY gYWf Yhg h\ Uh Uf Y bch ] bWcf dcf UhYX ] bhc h\ Y aUW\ ] bY
/ 2 UbX h\ Uh Uf Y ^i gh gYdUf UhY hf UXY gYWf Yhg h\ Uh kYf Y
/ X] gW` cgYX9
0 HM+ BM@@I =GPH7 Sci _bck) bch\ ] b[ \ Uj ] b[ hc Xc
1 k] h\ ^i gh h\ Y ] ggi Y kY&f Y X] gWi gg] b[ hcXUm) Vi h) gi f Y)
2 h\ Yf Y Uf Y aUbm hf UXY gYWf Yhg h\ Uh kY ** kY ` ] ghYX) D h\ ] b_)
3 . 3 cZ h\ Ya cf k\ UhYj Yf ) . 5) . 4 **
4 OC@>JPMO7 M] [ \ h+
5 HM+ BM@@I =GPH7 ** h\ Uh Uf Y X] gW` cgYX
6 ] adYf a] gg] V` m ] b XcWi aYbhg UbX dUhYbhg+ <bX kY W` U] a h\ Uh
. - h\ Ym ] adYf a] gg] V` m X] gW` cgYX h\ YgY+ Nc k\ Uh mci &f Y gYY] b[
. . \ Yf Y) ] h ^i gh gc \ UddYbg h\ Uh h\ YgY hkc dUhYbhg kY W` U] a
. / U` gc X] gW` cgYX ci f hf UXY gYWf Yhg+ CckYj Yf ) h\ Y ** UbX h\ YgY
. 0 hkc dUhYbhg ** D&` ` [ ] j Y mci h\ ] g d] YWY cZ ] bZcf aUh] cb gc
. 1 h\ Uh kY Xcb&h [ Yh cZZ cb h\ Y kf cb[ hf UW_ ** h\ YgY hkc
. 2 dUhYbhg kYf Y Z] ` YX g\ cf h` m UZhYf ** g\ cf h` m UZhYf ** h\ Ym
. 3 kYf Y X] gW` cgYX ] b U XcWi aYbh cZ ci f g+ <bX h\ Y >ci f hg
. 4 UV^i f YX X] gh] bWh] cb UbX gU] X) kY` ` ) h\ YgY hkc dUhYbhg) h\ Ym
. 5 U` f YUXm kYf Y Z] ` YX UZhYf mci X] gW` cgYX ] h) gc D&` ` cb` m ` Yh
. 6 mci W` U] a hf UXY gYWf Yh df chYWh] cb ] Z mci WUb YghUV` ] g\ Zcf
/ - h\ YgY hkc h\ Uh h\ Y XYZYbXUbh i gYX h\ Y hf UXY gYWf Yhg VYZcf Y
/ . mci Z] ` YX+ O\ ] g ] g U V] h cZ a] bi h] U) Vi h D kUbh hc [ ] j Y
/ / mci f Ccbcf U gYbgY h\ Uh h\ Y dUhYbhg UbX hf UXY gYWf Yhg) ] Z
/ 0 mci WcbZ` UhY h\ Ya) g\ ci ` X WcbZ` UhY h\ Ya) ] h [ Yhg WcbZi g] b[ +
/ 1 D h\ ] b_ ] b h\ ] g ** UbX D kci ` X f YgdYWhZi ` ` m gi Va] h
/ 2 h\ Uh ] b h\ ] g dUf h cZ h\ Y WUgY) k\ Uh kY&f Y hU` _] b[ UVci h
/ hcXUm) h\ Y ei Ygh] cb ] g c_Um) mci \ Uj Y U dUhYbh) ] h \ Ug
0 dUhYbh W` U] ag) X] X h\ Y XYZYbXUbh gdYW] Zm h\ Y Y` YaYbhg cZ
1 YUW\ cZ h\ Y W` U] ag h\ Uh Uf Y ] bZf ] b[ YX+
2 OC@>JPMO7 J_Um+
3 HM+ BM@@I =GPH7 <bX kY gi Va] h h\ Ym X] Xb&h+ <bX
4 k\ Uh WcbWYf bg i g ** k\ Uh WcbWYf bg i g ** ] g h\ Uh h\ Y h\ f YY
5 Xf Uk] b[ g cf d\ chc[ f Ud\ g h\ Uh kYf Y gi Va] hhYX Uf Y Zf ca h\ f YY
6 X] ZZYf Ybh aUW\ ] bYg) mci f Ccbcf + O\ Ym X] Xb&h Yl d` U] b h\ Uh+
. - O\ Ym kYf Y WU` ` YX Q@MDOJI + Q@MDOJI ] g U [ YbYf ] W bUaY Zcf i g+
. . <bX h\ Ym Uf Y Zf ca h\ f YY X] ZZYf Ybh aUW\ ] bYg+ Nc kY bYYX acf Y
. / gdYW] Z] W] hm+
. 0 OC@>JPMO7 J_Um+ Nc Uf Y mci gUm] b[ h\ Uh h\ Y **
. 1 Uf Y h\ Yf Y acf Y h\ Ub ** gc k\ Uh&g h\ Y ch\ Yf aUW\ ] bY9 O\ Yf Y&g
. 2 h\ Y Q@MDOJI **
. 3 HM+ BM@@I =GPH7 I c) D k] ` ` **
. 4 OC@>JPMO7 RY` ` ) k\ Uh UVci h h\ Y X] ZZYf Ybh bUaYg
. 5 cZ h\ Y X] ZZYf Ybh aUW\ ] bYg9
. 6 HM+ BM@@I =GPH7 D k] ` ` Yl d` U] b) mci f Ccbcf + O\ Y
/ - d\ chc[ f Ud\ g h\ Uh h\ Ym df cj ] XYX Uf Y Zf ca j ] XYcg+ O\ cgY
/ . j ] XYcg kYf Y acW_i d XYacbghf Uh] cbg+ Sci Xcb&h ] bZf ] b[ Y U
/ / dUhYbh k] h\ U acW_i d j ] XYc cf U j ] XYc cZ U acW_i d+ Sci cb` m
/ 0 ] bZf ] b[ Y U dUhYbh k] h\ Ub UWhi U` aUW\ ] bY cf U aYh\ cX cZ
/ 1 i g] b[ Ub UWhi U` aUW\ ] bY+ <bX k\ Uh h\ Ym X] X kUg h\ Ym hcc_
/ 2 gY[ aYbhg cZ X] ZZYf Ybh j ] XYcg cf d\ chc[ f Ud\ g cf
/ di V` ] WUh] cbg) h\ f Yk h\ Ya U` ` cb h\ Y dU[ Y UbX gU] X) mci \ Uj Y
0 YUW\ cZ h\ YgY h\ f YY+ =i h hc ] bZf ] b[ Y U dUhYbh ** hc
1 ] bZf ] b[ Y U dUhYbh ** mci \ Uj Y hc ] bZf ] b[ Y ] b cbY W` U] a U` `
2 cZ h\ Y Y` YaYbhg cZ h\ Y W` U] a ] b U g] b[ ` Y XYj ] WY+
3 OC@>JPMO7 Ni f Y+
4 HN+ =POG@M7 Sci f Ccbcf ) a] [ \ h D f YgdcbX Zcf
5 XYZYbXUbhg9
6 OC@>JPMO7 Nc ** mYg) Hg+ =i h` Yf ) [ c U\ YUX+
. - HN+ =POG@M7 J_Um+ <g hc h\ Y ] ggi Y cZ k\ Uh
. . aUW\ ] bYg kYf Y ] XYbh] Z] YX) mci _bck) D k] ` ` bchY h\ Uh h\ YgY
. / Uf Y ] bZf ] b[ YaYbh WcbhYbh] cbg Uh h\ Y VY[ ] bb] b[ cZ h\ Y WUgY
. 0 VUgYX cb di V` ] W` m*Uj U] ` UV` Y ] bZcf aUh] cb+ <bX VUg] WU` ` m)
. 1 Hf + Bf YYbV` i a&g Uf [ i aYbh ] g h\ Uh B@X] X bch ] XYbh] Zm k\ Uh
. 2 cb` m NdYWhf i a _bckg+ M] [ \ h9 Nc NdYWhf i a UddUf Ybh` m _bckg
. 3 h\ Uh h\ YgY Uf Y h\ f YY X] ZZYf Ybh aUW\ ] bYg UbX h\ Uh h\ YgY Uf Y
. 4 acW_i dg+ O\ Yf Y&g bc ] bX] WUh] cb cZ h\ Uh ] b h\ Y di V` ] W
. 5 f YWcf X+ B@\ Ug gUh] gZ] YX ] hg f Yei ] f YaYbh hc ] XYbh] Zm h\ Y
. 6 XYj ] WY h\ Uh ] g di V` ] W` m bUaYX Q@MDOJI UbX h\ Y Q@MDOJI *>O8
/ - B@\ Ug ] XYbh] Z] YX h\ cgY XYj ] WYg UbX \ Ug aYh ] hg cV` ] [ Uh] cb
/ . i bXYf KUhYbh Mi ` Y 3+ >Yf hU] b` m) kY k] ` ` \ Uj Y acf Y h\ Ub U
/ / mYUf cZ X] gWcj Yf m ] b h\ ] g WUgY UbX k] ` ` \ Uj Y h\ Y
/ 0 cddcf hi b] hm hc i bWcj Yf h\ Y j Uf ] ci g aUW\ ] bYg h\ Uh
/ 1 Hf + Bf YYbV` i a U` ` i XYg hc+ =i h kY \ Uj Y XcbY k\ Uh h\ Y f i ` Y
/ 2 f Yei ] f Yg i g hc Xc+
/ <bX D&` ` U` gc dc] bh ci h h\ Uh) mci _bck) dUhYbh
0 ] ggi Yg) D U[ f YY k] h\ Hf + Bf YYbV` i a cb h\ ] g dc] bh h\ Uh h\ Y
1 dUhYbh ] ggi Yg Uf Y gYdUf UhY+ <bX k\ Yh\ Yf cf bch B@\ Ug aYh
2 h\ Y f Yei ] f YaYbhg cZ KUhYbh Mi ` Y 3 ] g Wcad` YhY` m gYdUf UhY
3 Zf ca h\ Y hf UXY*gYWf Yh U` ` Y[ Uh] cbg h\ Uh Uf Y UggYf hYX ] b h\ ] g
4 WUgY) VYWUi gY) hc h\ Y Yl hYbh h\ cgY hf UXY*gYWf Yh U` ` Y[ Uh] cbg
5 ZU] ` ) B@&g dUhYbh W` U] ag f YaU] b+
6 O\ Y ` Ugh h\ ] b[ D&` ` dc] bh ci h ] g h\ Uh Ug hc
. - W` U] ag) D h\ ] b_ ] h kUg b] bY cZ h\ Y Yl Uad` Y kY kYf Y
. . X] gWi gg] b[ ) >` U] a 6 cZ h\ Y Z] f gh dUhYbh h\ Uh&g Uh OUV <)
. / @l \ ] V] h <) h\ Y Y` YaYbhg cZ h\ cgY W` U] ag Uf Y U` ` Zci bX ] b
. 0 h\ Y W` U] ag h\ Uh kYf Y W\ Uf hYX UVcj Y+ JZhYbh] aYg k\ Yb dUhYbh
. 1 W` U] ag Uf Y kf ] hhYb) mci k] ` ` \ Uj Y hYb X] ZZYf Ybh W` U] ag) UbX
. 2 aUmVY h\ Yf Y Uf Y cb` m Z] j Y Y` YaYbhg Uacb[ h\ cgY W` U] ag) Vi h
. 3 h\ Ym k] ` ` VY cf [ Ub] nYX X] ZZYf Ybh` m+ <bX gc ] Z mci ` cc_ Uh
. 4 >` U] a 6) k\ ] W\ W` U] ag U [ Ubhf m) Zcf Yl Uad` Y) ] b h\ Y YUf ` ] Yf
. 5 W` U] a B@] XYbh] Z] YX k\ Uh h\ Y [ Ubhf m kUg+ <bX ] Z mci ` cc_
. 6 hc U` ` cZ h\ Y Y` YaYbhg cZ >` U] a 6) B@] b h\ Y YUf ` ] Yf W` U] ag
/ - ] XYbh] Z] YX k\ Yf Y U` ` cZ h\ cgY Y` YaYbhg Uf Y ` cWUhYX ] b h\ Y
/ . NdYWhf i a XYj ] WY+
/ / Nc D k] ` ` ` YUj Y ] h Uh h\ Uh Uh h\ ] g dc] bh) mci f
/ 0 Ccbcf +
/ 1 OC@>JPMO7 Hg+ =i h` Yf ) Uf Y mci gUm] b[ h\ Uh Zcf
/ 2 >` U] a . 4) Ug kY` ` ) h\ Uh h\ Y gUaY Udd` ] Yg9
/ HN+ =POG@M7 SYg+
0 OC@>JPMO7 =YWUi gY \ Yf Y . 4 UddYUf g hc VY f Y` UhYX
1 hc b] bY ] bgcZUf Ug ] h&g XYU` ] b[ k] h\ U WUaYf U gmghYa UbX
2 XYgWf ] V] b[ h\ Y [ Ubhf m) h\ Y acj UV` Y Wc` i ab) h\ Y
3 Wci bhYf kY] [ \ h+
4 HN+ =POG@M7 Nc) mYg) mci f Ccbcf ) U` ` cZ h\ Y
5 Y` YaYbhg cZ >` U] a . 4 Uf Y U` gc Zci bX ] b >` U] ag . UbX / +
6 >` U] a . 4 ] g Ub ] bXYdYbXYbh W` U] a) gc ] h XcYg bch XYdYbX
. - Zf ca >` U] a 6+ Dh&g Ub ] bXYdYbXYbh W` U] a8 Vi h ] Z mci ` cc_ Uh
. . >` U] a . 4) Ug Ub Yl Uad` Y) ` cc_ Uh h\ Y ` Ugh gYbhYbWY cZ k\ Uh
. / B@\ Ug ] b h\ Y f ] [ \ h*\ UbX Wc` i ab+ Dh gUmg) #O\ i g) k\ Yb
. 0 NdYWhf i a aU_Yg h\ Y UWWi gYX df cXi Wh) ] h dYf Zcf ag YUW\ ghYd
. 1 cZ h\ Y W` U] aYX aYh\ cX cZ Zcf a] b[ U WUaYf U gmghYa+# <bX h\ Yb
. 2 VYZcf Y ] h [ ch hc h\ Uh gYbhYbWY) ] h dc] bhYX hc h\ cgY
. 3 X] ZZYf Ybh Y` YaYbhg ] b >` U] ag . UbX / UVcj Y+
. 4 Sci _bck) D&` ` U` gc bchY h\ Uh NdYWhf i a cb h\ ] g
. 5 WU` ` \ Ug bck bUf f ckYX ] hg ach] cb g] [ b] Z] WUbh` m+ Dh Vf ci [ \ h
. 6 h\ ] g ach] cb W` U] a] b[ h\ Uh B@X] X bch ] XYbh] Zm k\ Yh\ Yf h\ Y
/ - W` U] ag kYf Y X] f YWh` m cf ] bX] f YWh` m ] bZf ] b[ YX) Yj Yb h\ ci [ \
/ . cb h\ Y j Yf m Z] f gh dU[ Y cZ B@&g WcbhYbh] cbg) B@gUmg
/ / NdYWhf i a X] f YWh` m ] bZf ] b[ YX UbX ] g Wcbh] bi YX hc X] f YWh` m
/ 0 ] bZf ] b[ Y) UbX ] XYbh] Z] YX U` ` cZ h\ Y W` U] ag+ <bX B@U` gc
/ 1 gU] X NdYWhf i a \ Ug Wcbhf ] Vi hYX hc UbX, cf ] bXi WYX X] f YWh
/ 2 ] bZf ] b[ YaYbh Vm ch\ Yf g cZ h\ cgY gUaY W` U] ag+ Nc) D aYUb)
/ ] h&g U` acgh ` ] _Y h\ Y ach] cb kUg kf ] hhYb k] h\ ci h \ Uj ] b[
0 f Yj ] YkYX h\ Y WcbhYbh] cbg h\ Uh Uf Y ] b Zf cbh cZ ] h+ D h\ ] b_
1 h\ Y cb` m ] ggi Yg h\ Uh f YU` ` m Uf Y ] b X] gdi hY ] g k\ Yh\ Yf h\ cgY
2 >` U] ag 6 UbX . / ) k\ Yh\ Yf B@df cdYf ` m f YZYf f YX hc >` U] ag .
3 UbX / + <bX Zcf h\ Y f YUgcbg D ^i gh XYgWf ] VYX) D h\ ] b_ kY
4 X] X df cdYf ` m f YZYf hc h\ cgY W` U] ag+
5 <bX h\ Y cb` m ch\ Yf ] ggi Y h\ Uh UddYUf g hc VY ] b
6 X] gdi hY ] g k\ Yh\ Yf B@kUg f Yei ] f YX Uh h\ ] g ghU[ Y hc
. - ] bX] WUhY k\ Yh\ Yf h\ Y W` U] ag kYf Y hc VY Wcbghf i YX i bXYf
. . NYWh] cb . . / *3 cZ h\ Y dUhYbh ghUhi hY+ Db ch\ Yf kcf Xg)
. / h\ Ym&f Y Uf [ i ] b[ h\ Uh B@g\ ci ` X \ Uj Y df cj ] XYX ] hg W` U] a
. 0 Wcbghf i Wh] cb dcg] h] cb ] b ] hg ] bZf ] b[ YaYbh WcbhYbh] cbg) Yj Yb
. 1 h\ ci [ \ ) bi aVYf cbY) bch\ ] b[ ] b h\ Y f i ` Y Yj Yb f YachY` m
. 2 f Yei ] f Yg h\ Uh8 UbX) bi aVYf hkc) h\ Yf Y&g U k\ c` Y gYWh] cb cZ
. 3 h\ Y NW\ YXi ` ] b[ Jf XYf h\ Uh&g XYj chYX hc W` U] a Wcbghf i Wh] cb+
. 4 OC@>JPMO7 M] [ \ h+ <bX mci **
. 5 HN+ =POG@M7 =ch\ cZ h\ YgY ] ggi Yg **
. 6 OC@>JPMO7 ** mci &f Y [ c] b[ hc \ Uj Y h\ Y HUf _aUb
/ - \ YUf ] b[ ] b Ei bY+
/ . HN+ =POG@M7 O\ Uh&g f ] [ \ h+ <bX gc bY] h\ Yf cZ
/ / h\ YgY ] ggi Yg \ Ug aYf ] h) mci f Ccbcf ) UbX kY&X f Yei Ygh h\ Uh
/ 0 h\ ] g ach] cb VY XYb] YX+
/ 1 HM+ K@ED>7 Sci f Ccbcf ) h\ ] g ] g **
/ 2 OC@>JPMO7 >Ub D Ug_ mci cbY ei Ygh] cb **
/ HM+ K@ED>7 ** aUm D d` YUgY f YgdcbX9
0 OC@>JPMO7 Db U acaYbh+ D \ Uj Y Ubch\ Yf ei Ygh] cb
1 Zcf Hg+ =i h` Yf +
2 Hg+ =i h` Yf ) \ ck ai W\ Xc h\ YgY aUW\ ] bYg Wcgh9 D&a
3 UZf U] X hc Ug_+
4 HN+ =POG@M7 <bX) mci f Ccbcf ) kY Xcb&h ** D Xcb&h
5 _bck \ ck ai W\ h\ Y Q@MDOJI ) h\ Y UWWi gYX Q@MDOJI UbX Q@MDOJI *
6 >O gmghYag Wcgh+ O\ Ym&f Y bYk hc h\ Y aUf _Yh) UbX D Xcb&h **
. - am W` ] Ybh a] [ \ h \ Uj Y h\ Uh ] bZcf aUh] cb8 mci f Ccbcf ) D Xcb&h+
. . KYf \ Udg NdYWhf i a&g Wci bgY` kci ` X+
. / OC@>JPMO7 J_Um+ <bX \ ck ai W\ Xc B@&g
. 0 aUW\ ] bYg ** UbX k\ Uh Uf Y mci WU` ` ] b[ mci f aUW\ ] bYg9
. 1 HN+ =POG@M7

. 6 OC@>JPMO7 J_Um+ <bX **
/ - HN+ =POG@M7 =i h h\ Ym Uf Y ** hc h\ Y Yl hYbh h\ Y
/ . dc] bh ] g Uf Y h\ Ym j Yf m Yl dYbg] j Y aUW\ ] bYg) UbX h\ Y UbgkYf
/ / hc h\ Uh kci ` X VY mYg+
/ 0 OC@>JPMO7 SYg) f ] [ \ h+ O\ Uh&g am Uggi adh] cb)
/ 1 a] ` ` ] cb*Xc` ` Uf aUW\ ] bYg cf gcaYh\ ] b[ + J_Um+
/ 2 Nc ] g h\ Uh Hf + Bf YYbV` i a) mci kUbhYX hc f YgdcbX9
/ HM+ BM@@I =GPH7 RY` ` ) h\ Uh kUg Hf + KY^] W) Vi h D
0 kUg ^i gh gUm] b[ D kci ` X ` ] _Y hc X] f YWh h\ Y >ci f h hc ** D
1 h\ ] b_ h\ Y ] ggi Y ] g VYWca] b[ W` YUf Yf + O\ Y W` U] ag Uf Y bch
2 U` ` cZ h\ Y W` U] ag cZ h\ Y gUaY gWcdY+ Sci f Ccbcf f YU` ] nYg
3 h\ Y f YUgcb h\ Uh kY \ Uj Y X] ZZYf Ybh W` U] ag ] g VYWUi gY h\ Ym
4 Uf Y U` ` U X] ZZYf Ybh gWcdY+ DZ Ubm cZ h\ Ya Uf Y cZ h\ Y gUaY
5 gWcdY) h\ Ym&f Y ] bj U` ] X Ug VY] b[ f YdYh] h] j Y+
6 OC@>JPMO7 M] [ \ h+
. - HM+ BM@@I =GPH7 Nc >` U] a . kUg i gYX Ug h\ Y acXY` +
. . >` U] a . i gYg h\ Y d\ f UgY #U Wc` i ab UhhUW\ YX hc U [ Ubhf m+#
. / OC@>JPMO7 SYg+
. 0 HM+ BM@@I =GPH7 J_Um+ >` U] a 6) k\ ] W\ Hg+ =i h` Yf
. 1 ^i gh f YZYf f YX hc) WU` ` g Zcf U Wc` i ab Yl hYbX] b[ Zf ca h\ Y
. 2 [ Ubhf m+ O\ Uh k] ` ` df cj Y hc VY Ub ] ggi Y ] b h\ Y WUgY+ <bX
. 3 k\ Uh NdYWhf i a ZYY` g ] h&g Ybh] h` YX hc ] g hc \ Uj Y U W` YUf
. 4 ghUhYaYbh Ug hc YUW\ W` U] a gc h\ Uh kY [ c cZZ cb h\ Y hf UW_
. 5 Zcf di f dcgYg cZ HUf _aUb cf k\ UhYj Yf k\ Yf Y kY _bck h\ Uh h\ Ym
. 6 Uf Y gUm] b[ ) mYg) kY UVghU] b Zf ca ] h) UbX U` gc kY&f Y
/ - UhhUW\ YX Zf ca ] h ** UhhUW\ YX hc ] h+ Nc h\ Uh&g U [ ccX
/ . Yl Uad` Y cZ h\ Y bYYX Zcf U ` ] hh` Y acf Y gdYW] Z] W] hm ] b h\ Y
/ / gi Va] gg] cb h\ Uh B@aUXY+ Dh&g bch h\ Yf Y) gc kY&f Y ` YX hc
/ 0 Uggi aY h\ Uh h\ Ym Wcbg] XYf #Yl hYbX Zf ca# UbX #UhhUW\ YX hc#
/ 1 Ug VY] b[ h\ Y gUaY h\ ] b[ + O\ Uh&g h\ Y kUm h\ Ym&j Y [ ch ] h
/ 2 bck+ =i h ] h g\ ci ` Xb&h VY h\ Uh kUm+ O\ Ym g\ ci ` X \ Uj Y hc
/ UXXf Ygg YUW\ Y` YaYbh cZ U W` U] a+
0 HN+ =POG@M7 >Ub D f YgdcbX hc h\ Uh dc] bh) mci f
1 Ccbcf 9
2 OC@>JPMO7 Cc` X cb+ D kUbh hc Ug_ Hf + KY^] W U
3 ei Ygh] cb+
4 HN+ =POG@M7 SYg+
5 OC@>JPMO7 Nc D&a ** ` cc_YX Uh h\ ] g Yl hYbX
6 Zf ca ** mci _bck) D&a bch U dUhYbh Yl dYf h) UbX D&a
. - WYf hU] b` m bch Ub Yl dYf h cb Ubm cZ h\ YgY hYW\ b] WU` ] ggi Yg+
. . Nc k\ Uh acf Y Xc mci ** D [ i Ygg D Xcb&h ei ] hY i bXYf ghUbX
. / k\ Uh acf Y mci bYYX Uh h\ ] g dc] bh ] b h\ Y ` ] h] [ Uh] cb+ Sci
. 0 _bck) \ Yf Y mci &j Y [ ch h\ Y WUaYf U gmghYa Wcadf ] g] b[ cZ h\ Y
. 1 [ Ubhf m+ Nc mci i bXYf ghUbX k\ Uh h\ Y [ Ubhf m ] g+ O\ Y Wc` i ab
. 2 Yl hYbX] b[ ** c_Um) gc ] h&g Yl hYbX] b[ UbX \ Ug U acj UV` Y
. 3 f UX] Uh] cb XYhYWhcf UbX U Wci bhYf VU` UbWY kY] [ \ h hc Udd` m
. 4 Zcf WY+ Nc D [ i Ygg) mci _bck) mci gU] X ] b mci f ` YhhYf mci
. 5 bYYX hc i bXYf ghUbX acf Y ` ] a] hUh] cbg+ R\ Uh acf Y Uh h\ ] g
. 6 dc] bh Xc mci bch i bXYf ghUbX9
/ - HM+ K@ED>7 R@kci ` X kUbh h\ Ya hc gUm ** hc dc] bh
/ . hc k\ Yb h\ Ym X] X h\ Y] f ] bZf ] b[ YaYbh WcbhYbh] cbg) h\ Uh h\ Ym
/ / gUm \ Yf Y&g h\ Y Y` YaYbhg) k] h\ Ub Uf f ck ** D&a i g] b[ h\ Uh
/ 0 Z] [ i f Uh] j Y` m) #k] h\ Ub Uf f ck# ** UbX h\ ] g ] g k\ Yf Y ] h
/ 1 Yl hYbXg+ O\ Uh&g ] h8 h\ Uh&g U` ` kY&f Y Ug_] b[ +
/ 2 OC@>JPMO7 =i h k\ Yf Y ] h Yl hYbXg9
/ HM+ K@ED>7 Db ch\ Yf kcf Xg) dc] bh hc h\ Y Yl hYbg] cb
0 h\ Uh mci &f Y hU` _] b[ ** mci gUm ] h Yl hYbXg) gc ^i gh dc] bh hc
1 ] h+ #NYY) \ Yf Y ] g k\ Yf Y ] h Yl hYbXg) # bch hc ` YUj Y ] h hc i g
2 hc ` cc_ Uh h\ Y d] Whi f Y UbX Z] [ i f Y ci h \ ck h\ Ym Uf Y
3 Wcbghf i ] b[ ] h+ Acf h\ Ya hc gUm) #CYf Y ] g h\ Y Y` YaYbh+ Sci
4 gYY ] h Yl hYbXg) UbX \ Yf Y ] g k\ Yf Y ] h Yl hYbXg+# O\ Uh&g ] h+
5 OC@>JPMO7 J_Um+ Nc ** Vi h D ` cc_ Uh h\ Y d] Whi f Y
6 UVcj Y) Hf + KY^] W) ] b hkc) h\ Yf Y&g Ub Uf f ck dc] bh] b[ hc h\ Y
. - acj UV` Y gYWh] cb) k\ ] W\ D hU_Y ] h hc aYUb h\ Y d] YWY h\ Uh&g
. . Yl hYbX] b[ +
. / HM+ K@ED>7 RY` ` ) kY **
. 0 OC@>JPMO7 Dg h\ Uh bch Wcf f YWh9
. 1 HM+ K@ED>7 RY` ` ) h\ Uh **
. 2 OC@>JPMO7 <bX U` gc UVcj Y g\ ck h\ Y Wci bhYf kY] [ \ h)
. 3 k\ ] W\ ` cc_g hc VY ** ] h&g U ` ] hh` Y i bW` YUf k\ Yf Y h\ Uh ] g+
. 4 GYh aY Ug_ mci gcaYh\ ] b[ ) Hf + KY^] W+ Dg mci f aUW\ ] bY) h\ Y
. 5 Q@MDOJI ) bck ] g h\ Uh U aUW\ ] bY h\ Uh&g VY] b[ gc` X ] b h\ Y
. 6 aUf _Yh) UbX \ ck ai W\ ] g ] h9
/ - HM+ K@ED>7 J_Um+ Nc h\ Y acW_i dg h\ Uh kYf Y ** cf
/ . h\ Y Z] [ i f Yg h\ Uh mci \ Uj Y ] b Zf cbh cZ mci Uf Y Zf ca
/ / aU[ Un] bYg h\ Uh XYd] Wh k\ Uh kUg g\ ckb) gcaY cZ h\ Ya) ] b
/ 0 @i f cdY+
/ 1 OC@>JPMO7 J_Um+
/ 2 HM+ K@ED>7 DbZf ] b[ YaYbh \ Ug hc VY ] b h\ Y Pb] hYX
/ NhUhYg) bch ] b @i f cdY+
0 OC@>JPMO7 J_Um+
1 HM+ K@ED>7 Nc kY Uf Y Ybh] h` YX hc \ Uj Y h\ Y
2 d` U] bh] ZZ gdYW] Zm ** D&a gcf f m ** h\ Y XYZYbXUbhg gdYW] Zm
3 h\ Uh h\ ] g acW_i d kUg U f YU` XYj ] WY cf ] h ] gb&h+ RY&f Y
4 Ybh] h` YX hc \ Uj Y h\ Ya gUm h\ ] g ] g h\ Y XYj ] WY h\ Uh&g gc` X ] b
5 h\ Y Pb] hYX NhUhYg+ O\ Ym&j Y gU] X h\ Uh) Vi h h\ Ym h\ Yb
6 df cj ] XY U j ] XYc cf U d] Whi f Y Zf ca gcaYh\ ] b[ h\ Uh ] g gc` X ] b
. - @i f cdY+
. . OC@>JPMO7 J_Um) Vi h WUb mci UbgkYf am ei Ygh] cb9
. / HM+ K@ED>7 J\ ) gi f Y+
. 0 OC@>JPMO7 <f Y mci gY` ` ] b[ h\ ] g XYj ] WY **
. 1 HM+ K@ED>7 SYg+ SYg) ] h ] g **
. 2 OC@>JPMO7 ** h\ Y Q@MDOJI ) ] bg] XY h\ Y ghUhYg9
. 3 HM+ K@ED>7 O\ Yf Y ] g U Q@MDOJI XYj ] WY) cZ Wci f gY)
. 4 h\ Uh ] g gc` X ] b h\ Y Pb] hYX NhUhYg+ Dh Wcghg) am
. 5 i bXYf ghUbX] b[ ) ] h&g UVci h U a] ` ` ] cb Xc` ` Uf g+
. 6 OC@>JPMO7 <bX ] g ] h h\ Y Q@MDOJI UbX h\ Y Q@MDOJI *
/ - >O9 R\ Uh Uf Y gc` X ] b h\ Y Pb] hYX NhUhYg9
/ . HM+ K@ED>7 O\ Yf Y ] g U Q@MDOJI aUW\ ] bY) UbX ] h \ Ug
/ / UhhUW\ YX hc ] h k\ Uh&g WU` ` YX U #>O) # U hYbh gWUb+ O\ Y hkc
/ 0 cZ h\ Ya Uf Y gc` X hc[ Yh\ Yf + Nc **
/ 1 OC@>JPMO7 J_Um+
/ 2 HM+ K@ED>7 =i h h\ Y Q@MDOJI ] g h\ Y Q@MDOJI U` cbY)
/ UbX h\ Y Q@MDOJI ] g h\ Y Q@MDOJI h\ Uh&g gc` X hc[ Yh\ Yf k] h\
0 h\ Y >O+
1 OC@>JPMO7 <bX Uf Y Vch\ j Yf g] cbg VY] b[ i gYX ] b
2 h\ Y Pb] hYX NhUhYg f ] [ \ h bck9 O\ Ym \ Uj Y A?< Uddf cj U` UbX
3 h\ Ym&f Y VY] b[ **
4 HM+ K@ED>7 J\ ) h\ Ym&f Y Uddf cj YX+ D Xcb&h _bck
5 k\ ] W\ cbYg Yl UWh` m \ Uj Y VYYb gc` X+
6 OC@>JPMO7 J_Um+ =i h Xc mci _bck h\ Uh ** gc
. - h\ Ym&j Y VYYb Uddf cj YX) UbX mci _bck Zcf U ZUWh h\ Yf Y Uf Y
. . gcaY \ Yf Y ] b h\ Y Pb] hYX NhUhYg+ R\ Yf Y Uf Y h\ Ym9
. / HM+ K@ED>7 SYg) c\ ) mYg) h\ Yf Y Uf Y gcaY \ Yf Y ] b
. 0 h\ Y Pb] hYX NhUhYg+ O\ Ym&f Y Uh hkc \ cgd] hU` g ** D&a bch
. 1 gi f Y k\ ] W\ \ cgd] hU` g+ =i h D k] ` ` hY` ` mci ** D k] ` ` hY` `
. 2 mci h\ Uh h\ Y cbYg h\ Uh Uf Y \ Yf Y Xc bch k\ Uh h\ cgY acW_i dg
. 3 Zf ca @i f cdY g\ ck+
. 4 OC@>JPMO7 J_Um+
. 5 HM+ K@ED>7 O\ Ym Xcb&h Xc ] h+ O\ Ym Xcb&h Xc ] h+
. 6 OC@>JPMO7 Nc Xc mci _bck k\ Uh \ cgd] hU` g h\ Ym&f Y
/ - Uh9
/ . HM+ K@ED>7 KUf Xcb aY9
/ / OC@>JPMO7 Ncf f m) mci ^i gh hc` X aY h\ Uh+ Sci
/ 0 Xcb&h _bck k\ Yf Y h\ Ym Uf Y9
/ 1 HM+ K@ED>7 M] [ \ h+ D Xcb&h _bck+ D Xcb&h _bck
/ 2 h\ YgY cbYg+
/ OC@>JPMO7 D aYUb) D&a Uggi a] b[ h\ Ym&f Y ] b gcaY
0 aU^cf aYhf cdc` ] hUb Uf YU) >YXUf g N] bU] ] b Gcg <b[ Y` Yg cf )
1 mci _bck) gcaY cZ ** cbY I Yk Scf _ >] hm \ cgd] hU` h\ Uh WUb
2 UZZcf X h\ Y aUW\ ] bYg+
3 HM+ K@ED>7 SYg+
4 OC@>JPMO7 <bX h\ YgY Uf Y Zcf WUf X] UW dUh] Ybhg
5 df ] bW] dU` ` m+ Nc aUmVY cbY&g Uh RY] ` ` >cf bY` ` ] b h\ Y W] hm)
6 k\ c _bckg+ J_Um+
. - HM+ K@ED>7 SYg+
. . OC@>JPMO7 Nc) Hg+ =i h` Yf ) \ Ug mci f W` ] Ybh [ cbY
. / hc ] bgdYWh Ubm cZ h\ Y aUW\ ] bYg Uh h\ Y \ cgd] hU` g) h\ Y
. 0 Q@MDOJI aUW\ ] bYg9
. 1 HN+ =POG@M7 Sci f Ccbcf ) Ug ZUf Ug kY i bXYf ghUbX)
. 2 h\ Yf Y kUg U Wci d` Y cZ h\ ] b[ g+ O\ Yf Y ] g cbY aUW\ ] bY h\ Uh kY
. 3 VY` ] Yj Y kUg gc` X ] b =cghcb+
. 4 OC@>JPMO7 J_Um+
. 5 HN+ =POG@M7 <bX h\ Uh&g h\ Y cbY h\ Uh kY&f Y UkUf Y
. 6 cZ+ <bX h\ Yf Y kUg ** U ` ch cZ h\ ] g ] g _] bX cZ VUgYX cb
/ - ] bZcf aUh] cb h\ Uh gU` YgdYcd` Y a] [ \ h \ Uj Y) Zcf Yl Uad` Y+ O\ Yf Y
/ . kUg Y] h\ Yf U gU` Y cf Ub cZZYf Zcf gU` Y hc h\ Y HUmc >` ] b] W
/ / ] b McW\ YghYf ) H] bbYgchU+
/ 0 OC@>JPMO7 J_Um+
/ 1 HN+ =POG@M7 BYhh] b[ ] b UbX gYY] b[ h\ YgY aUW\ ] bYg
/ 2 ] g bch df UWh] WU` VYWUi gY WcadUb] Yg \ Uj Y U[ f YYaYbhg k] h\
/ \ cgd] hU` g h\ Uh kci ` X bch ** UbX h\ YgY Uf Y ] b ** h\ Ym&f Y ] b
0 i gY ** f ] [ \ h9 Dh&g bch ` ] _Y kY WUb [ c ] b UbX ] bhYf f i dh h\ Y
1 i gY cZ h\ ] g aUW\ ] bY hc Xc Ub ] bZf ] b[ YaYbh ] bgdYWh] cb) k\ ] W\
2 ] g k\ m kY f Y` ] YX cb h\ Y di V` ] W` m*Uj U] ` UV` Y ] bZcf aUh] cb h\ Uh
3 kUg Uj U] ` UV` Y hc ci f W` ] Ybh+
4 R\ Uh NdYWhf i a gYYag hc VY Xc] b[ \ Yf Y ] g W\ ccg] b[
5 hc d] W_ U Z] [ \ h UVci h k\ Yh\ Yf cf bch h\ Y XYj ] WY ] bZf ] b[ Yg
6 ] b h\ Y WcbhYl h cZ k\ Yh\ Yf B@\ Ug aYh ] hg f Yei ] f YaYbhg i bXYf
. - GcWU` KUhYbh Mi ` Y 3+ <bX D h\ ] b_ ] b U` ` cZ h\ ] g
. . X] gWi gg] cb) mci f Ccbcf ) kY \ Uj Y a] ggYX h\ Y dc] bh h\ Uh h\ Y
. / ` cWU` dUhYbh f i ` Yg UWhi U` ` m Xcb&h f Yei ] f Y B@hc df cj ] XY Ubm
. 0 W` U] a W\ Uf hg+ M] [ \ h9 D aYUb) h\ Ym Uf Y W` YUf ] b f Yei ] f ] b[
. 1 hkc h\ ] b[ g UbX hkc h\ ] b[ g cb` m) h\ Uh B@] XYbh] Zm YUW\ W` U] a
. 2 cZ YUW\ dUhYbh ] b gi ] h h\ Uh ] g U` ` Y[ YX hc VY ] bZf ] b[ YX UbX
. 3 h\ Uh B@] XYbh] Zm h\ Y df cXi Wh h\ Uh ] bZf ] b[ Yg+ O\ Uh ] g W` YUf
. 4 Vm h\ Y Yl df Ygg ` Ub[ i U[ Y cZ h\ Y dUhYbh f i ` Y) UbX ] h&g W` YUf
. 5 Vm h\ Y) U` VY] h j Yf m ` ] a] hYX) WUgY ` Uk cb h\ ] g ] ggi Y+ =i h
. 6 h\ Uh&g U` ` h\ Uh B@\ Ug hc df cj ] XY+
/ - NdYWhf i a ] g Uf [ i ] b[ h\ Uh Yj Yb h\ ci [ \ B@df cj ] XYX
/ . W` U] a W\ Uf hg) h\ Uh h\ cgY W` U] a W\ Uf hg Uf Yb&h [ ccX Ybci [ \ )
/ / k\ Yb B@X] Xb&h \ Uj Y hc df cj ] XY h\ cgY W` U] a W\ Uf hg Uh U` ` +
/ 0 D&` ` bchY h\ Uh Hf + Bf YYbV` i a cf Hf + KY^] W ** D Xcb&h f YWU` `
/ 1 Uh h\ ] g dc] bh k\ c ] h kUg ** aYbh] cbYX NdYWhf i a&g ] bj U` ] X] hm
/ 2 WcbhYbh] cbg) mci f Ccbcf ) k\ ] W\ Uf Y VUg] WU` ` m h\ Y a] f f cf
/ ] aU[ Y cZ h\ Y ] bZf ] b[ YaYbh WcbhYbh] cbg+
0 OC@>JPMO7 Ni f Y+
1 HN+ =POG@M7 <bX ] b h\ cgY ] bj U` ] X] hm WcbhYbh] cbg
2 h\ Ym gU] X ** h\ ] g ] g U ei chY ** I cbY cZ h\ Y >ci f h&g df YgYbh
3 cf XYf g bcf GcWU` KUhYbh Mi ` Y 4 f Yei ] f Yg NdYWhf i a hc
4 X] gW` cgY W` U] a W\ Uf hg df cj ] X] b[ U ` ] a] hUh] cb*Vm*` ] a] hUh] cb
5 ] bj U` ] X] hm UbU` mg] g) WcadUf ] b[ h\ Y ` ] a] hUh] cbg cZ h\ Y
6 UggYf hYX W` U] ag hc h\ Y df ] cf Uf h+ Nc NdYWhf i a ] g \ Yf Y hcXUm
. - Uf [ i ] b[ h\ Uh B@kUg bch cb` m f Yei ] f YX hc df cj ] XY W` U] a
. . W\ Uf hg) Vi h ] h \ UX hc VY W` U] a W\ Uf hg h\ Uh ] bW` i XYX
. / ] bZcf aUh] cb h\ Uh kUgb&h di V` ] W` m Uj U] ` UV` Y+ <bX h\ Ym) cb
. 0 h\ Y ch\ Yf \ UbX) Uf Y bch f Yei ] f YX hc df cj ] XY W` U] a W\ Uf hg
. 1 i bXYf h\ Y UbU` c[ ci g ` cWU` f i ` Y Zcf ] bj U` ] X] hm WcbhYbh] cbg+
. 2 O\ ] g ] g U aUbi ZUWhi f YX **
. 3 OC@>JPMO7 J_Um+ RY` ` ) D **
. 4 HN+ =POG@M7 ** X] gdi hY) mci f Ccbcf +
. 5 OC@>JPMO7 J_Um+ Nc D i bXYf ghUbX h\ Y dc] bh UVci h
. 6 k\ Uh&g f Yei ] f YX bck) Vi h D&a ^i gh h\ ] b_] b[ df UWh] WU` ` m)
/ - VYWUi gY h\ Y di f dcgY cZ gcaY cZ h\ YgY X] gW` cgi f Y f i ` Yg ] g hc
/ . hf m hc ZcWi g X] gWcj Yf m UbX ` ] a] h X] gWcj Yf m UbX Uj c] X
/ / Yl W\ Ub[ Y cZ hf UXY gYWf Yhg UbX ch\ Yf ] bZcf aUh] cb ] Z h\ Yf Y&g
/ 0 bch f YU` ` m U dchYbh] U` Zcf U W` U] a+ Nc k\ Uh D&a \ YUf ] b[
/ 1 Hf + KY^] W gUm ] g h\ Uh h\ Y d] Whi f Yg h\ Uh mci \ Uj Y) h\ Y
/ 2 di V` ] W` m*Uj U] ` UV` Y d] Whi f Yg h\ Uh mci VY` ] Yj Y g\ ck Ub
/ ] bZf ] b[ ] b[ df cXi Wh Uf Y bch Uh U` ` ` ] _Y h\ Y Q@MDOJI gc` X ] b
0 h\ Y Pb] hYX NhUhYg+ O\ Uh&g _] bX cZ \ Uf X Zcf aY hc VY` ] Yj Y)
1 Hf + KY^] W) VYWUi gY D WUb&h VY` ] Yj Y ] h kci ` X j Uf m gc ai W\
2 Zf ca k\ Uh mci kYf Y g\ ck] b[ ] b @i f cdY+ Nc D&a bch ei ] hY
3 i bXYf ghUbX ** D Xcb&h ei ] hY i bXYf ghUbX k\ m h\ Yf Y kci ` X VY
4 Ubm _] bX cZ g] [ b] Z] WUbh j Uf ] Uh] cb ] b h\ Y aUW\ ] bYg+ >Ub mci
5 Yl d` U] b hc aY k\ Uh ] g X] ZZYf Ybh9
6 HM+ K@ED>7 RY` ` ) mYg) mci f Ccbcf + O\ ] g ] g
. - Hf + KY^] W+ R\ Uh kUg g\ ckb ] b @i f cdY kUg U df cXi Wh h\ Uh \ UX
. . bch VYYb Uddf cj YX UbX kUg i bXYf [ c] b[ XYj Y` cdaYbh+ <bX ] h
. / kUg VY] b[ g\ ckb ] b j Uf ] ci g g\ ckg+ R\ Uh ] g hY` ` ] b[ ) h\ ci [ \ )
. 0 Ug ZUf Ug h\ Y X] ZZYf YbWY VYhkYYb acW_i dg UbX k\ Uh ] g
. 1 UWhi U` ` m gc` X ] g XYZYbXUbhg Xc W] hY h\ Y Q@MDOJI Vf cW\ i f Yg
. 2 ] b h\ Y] f ] bZf ] b[ YaYbh WcbhYbh] cbg Vi h Xc bch Udd` m Ubm cZ
. 3 h\ cgY Vf cW\ i f Yg hc h\ Y ] bXYdYbXYbh W` U] ag+ Nc hc h\ Y Yl hYbh
. 4 h\ Uh h\ Yf Y ] g di V` ] W ] bZcf aUh] cb h\ Uh XYgWf ] VYg h\ Y UWhi U`
. 5 Q@MDOJI h\ Uh&g VY] b[ gc` X ] b h\ Y PN) XYZYbXUbhg Xcb&h Uj U] `
. 6 h\ YagY` j Yg cZ h\ Uh ] bZcf aUh] cb ] b U` ` Y[ ] b[ ] bZf ] b[ YaYbh cZ
/ - h\ Y ] bXYdYbXYbh W` U] ag) bcf Xc XYZYbXUbhg i gY h\ cgY
/ . Vf cW\ i f Yg hc VUW_ i d h\ Y d] Whi f Yg h\ Uh h\ Ym Uf Y g\ ck] b[ cZ
/ / h\ Y acW_i dg+
/ 0 OC@>JPMO7 =i h Xc h\ Y Vf cW\ i f Yg \ Uj Y d] Whi f Yg
/ 1 ` ] _Y ** h\ Uh Wci ` X VY i gYX ] b U acW_i d9
/ 2 HM+ K@ED>7 O\ Y Vf cW\ i f Yg hU` _ UVci h h\ Y
/ Zi bWh] cbU` ] hm UbX cdYf Uh] cb cZ h\ Y aUW\ ] bY8 UbX hc h\ Y
0 Yl hYbh ] h XcYg bch \ Uj Y U d] Whi f Y) XYZYbXUbhg WYf hU] b` m
1 Wci ` X W] hY Ubm df cj ] g] cb Zf ca h\ Y Vf cW\ i f Y gUm] b[ h\ Uh ] h
2 \ Ug ** h\ Uh Q@MDOJI \ Ug h\ ] g Zi bWh] cbU` ] hm UbX dc] bh hc h\ Y
3 d] Whi f Y+ =i h h\ Ym Xcb&h Uj U] ` h\ YagY` j Yg cZ h\ Uh+
4 OC@>JPMO7 Nc mci &f Y gUm] b[ h\ Y Vf cW\ i f Yg h\ Uh
5 Uf Y di V` ] W` m Uj U] ` UV` Y Xc XYgWf ] VY h\ Y UWhi U` aUW\ ] bY
6 h\ Uh&g ] b h\ Y PN9
. - HM+ K@ED>7 O\ Ym f Y` UhY hc UbX XYgWf ] VY+ D Xcb&h
. . _bck Uh k\ Uh ` Yj Y` cZ Wcad` YhY XYhU] ` ) Vi h h\ Ym Uf Y
. / f Ydf YgYbhUh] j Y cZ h\ Y Q@MDOJI g gc` X UbX cZZYf YX Zcf gU` Y
. 0 UbX gc` X ] b h\ Y PN+
. 1 HN+ =POG@M7 >Ub D f YgdcbX hc h\ Uh) mci f Ccbcf 9
. 2 OC@>JPMO7 SYg+
. 3 HN+ =POG@M7 Nc hc h\ Y Yl hYbh ** kY X] X ` cc_ Uh
. 4 h\ Y Vf cW\ i f Yg+ O\ Yf Y ] g j Yf m ` ] hh` Y XYdh\ hc h\ cgY
. 5 Vf cW\ i f Yg+ RY kYbh hc di V` ] W` m Uj U] ` UV` Y ] bZcf aUh] cb h\ Uh
. 6 df cj ] XYX h\ Y acgh XYhU] ` + Nc h\ Yf Y Uf Y gcaY ] bghUbWYg
/ - k\ Yf Y h\ Yf Y kUg f Y` Yj Ubh ] bZcf aUh] cb Zf ca h\ Y Vf cW\ i f Y8 UbX
/ . k\ Yb h\ Y Vf cW\ i f Y X] X bch df cj ] XY XYhU] ` YX*Ybci [ \
/ / ] bZcf aUh] cb) kY kYbh hc h\ Y j ] XYcg+
/ 0 =i h Ug U df UWh] WU` aUhhYf ) mci f Ccbcf aYbh] cbYX
/ 1 h\ Uh mci &f Y ` cc_] b[ hc _] bX cZ Z] [ i f Y ci h k\ Uh&g df UWh] WU`
/ 2 \ Yf Y+
/ OC@>JPMO7 M] [ \ h+
0 HN+ =POG@M7 D&X ` ] _Y hc df cdcgY U gc` i h] cb ] b
1 h\ Uh f Y[ Uf X+ Nc kY&j Y aYbh] cbYX h\ Uh NdYWhf i a \ Ug gYf j YX
2 ] bj U` ] X] hm WcbhYbh] cbg+ <bX B@\ Ug bck gYf j YX ] bZf ] b[ YaYbh
3 WcbhYbh] cbg) k\ ] W\ kY VY` ] Yj Y acf Y h\ Ub gUh] gZm k\ Uh h\ Y
4 f i ` Yg f Yei ] f Y+ =i h hc h\ Y Yl hYbh NdYWhf i a ZYY` g h\ Uh ] h
5 kci ` X VY VYbYZ] W] U` Zcf i g hc Z` Yg\ ci h) Zcf Yl Uad` Y)
6 >` U] ag 6 UbX . 4 cZ ci f W\ Uf h Zcf h\ Y 106 dUhYbh) B@kci ` X
. - VY k] ` ` ] b[ hc Xc h\ Uh+ =i h h\ Yb kY VY` ] Yj Y h\ Uh NdYWhf i a
. . h\ Yb g\ ci ` X U` gc df cj ] XY W` U] a W\ Uf hg Zcf U` ` cZ h\ Y df ] cf
. / Uf h h\ Uh ] h ` ] ghYX ] b ] hg ] bj U` ] X] hm WcbhYbh] cbg+ Db ch\ Yf
. 0 kcf Xg) kY g\ ci ` X [ c cbY kUm cf h\ Y ch\ Yf \ Yf Y+ DZ NdYWhf i a
. 1 kUbhg B@hc Z` Yg\ ci h >` U] ag 6 UbX . 4 gc h\ Uh NdYWhf i a
. 2 _bckg k\ Yf Y h\ Y Wc` i ab ] g Yl hYbX] b[ Zf ca h\ Y [ Ubhf m **
. 3 f ] [ \ h9 ** B@k] ` ` VY k] ` ` ] b[ hc dc] bh h\ Uh ci h+ =i h h\ Yb ] b
. 4 ] hg ] bj U` ] X] hm WcbhYbh] cbg ] bghYUX cZ ` ] gh] b[ XcnYbg cZ
. 5 df ] cf Uf h f YZYf YbWYg k] h\ bc W` U] a W\ Uf hg UhhUW\ YX)
. 6 NdYWhf i a g\ ci ` X VY df cj ] X] b[ W` U] a W\ Uf hg h\ Uh WcadUf Y
/ - h\ cgY df ] cf Uf h f YZYf YbWYg hc h\ Y UggYf hYX W` U] ag) Ug kY` ` +
/ . HM+ K@ED>7 Sci f Ccbcf ) aUm D f YgdcbX9
/ / OC@>JPMO7 SYg+ <bX D kUbh hc _bck) k\ Yb mci
/ 0 f YgdcbX) D U` gc kUbh mci hc hY` ` aY Uf Y h\ Yf Y acf Y dUhYbhg
/ 1 Uh ] ggi Y ] b NdYWhf i a&g UZZ] f aUh] j Y W` U] ag+
/ 2 HM+ K@ED>7 J_Um+ A] f gh) h\ Y Z] f gh h\ ] b[ D&X ` ] _Y
/ hc ghUhY ] g D Uddf YW] UhY XYZYbXUbhg& UhhYadhg hc acj Y h\ Y
0 VU` ` Zcf kUf X) Vi h cbY cZ h\ Y df cV` Yag k] h\ h\ Y df cdcgU` ] g
1 k\ Uh df ] cf Uf h ] g f Y` Yj Ubh k] ` ` XYdYbX Wcad` YhY` m i dcb \ ck
2 h\ Y W` U] ag Uf Y Wcbghf i YX Vm h\ Y >ci f h) Ug mci f Ccbcf ] g
3 kY` ` UkUf Y+ Nc k\ Uh XYZYbXUbhg Uf Y bck hf m] b[ hc gYY_ hc
4 f Yei ] f Y NdYWhf i a hc Xc ] g k\ Uh h\ Ym Uf Y U` gc gYY_] b[ hc
5 aU_Y NdYWhf i a Xc k] h\ h\ Y WcbhYbh] cb ] bhYf f c[ Uhcf m
6 ] XYbh] Zm] b[ hf UXY gYWf Yhg+ =i h **
. - OC@>JPMO7 RU] h U a] bi hY+ Dgb&h h\ Uh U ` ] hh` Y
. . Wi hY9 =YWUi gY mci Vf ci [ \ h mci f UZZ] f aUh] j Y W` U] a gYY_] b[ U
. / XYW` Uf Uh] cb UVci h ] bj Ybhcf g\ ] d+ Nc) mci _bck) ] h&g bch **
. 0 HM+ K@ED>7 Sci f Ccbcf ** D&a gcf f m ** D&` ` hf m
. 1 hc ** ` Yh aY i bdUW_ h\ Uh+ DZ U W` U] a ] g Wcbghf i YX cbY kUm)
. 2 h\ Y Q@MDOJI kci ` X bch ] bZf ] b[ Y) UbX h\ Y df ] cf Uf h kci ` X bch
. 3 ] bj U` ] XUhY+ DZ Wcbghf i YX Ubch\ Yf kUm) h\ Uh Wci ` X ] ad` ] WUhY
. 4 dchYbh] U` ] bZf ] b[ YaYbh Ug kY` ` Ug UXX] h] cbU` df ] cf Uf h+
. 5 <bX gc h\ Uh ] g k\ m ] b acgh g] hi Uh] cbg mci &f Y WYf hU] b` m
. 6 U` ` ckYX hc UaYbX Ubm cZ mci f WcbhYbh] cbg UZhYf W` U] a
/ - Wcbghf i Wh] cb+
/ . HN+ =POG@M7 =i h) mci f Ccbcf ) h\ Ym X] X bch df cj ] XY
/ / W` U] a W\ Uf hg Zcf h\ Y j Ugh aU^cf ] hm cZ h\ Y df ] cf Uf h
/ 0 f YZYf YbWYg ] b h\ Y] f ] bj U` ] X] hm WcbhYbh] cbg+ <bX h\ Y
/ 1 f i ` Yg ** h\ Y f i ` Yg **
/ 2 HM+ K@ED>7 ' DbX] gWYf b] V` Y(
/ HN+ =POG@M7 ** Uf Y h\ Uh ] bZf ] b[ YaYbh WcbhYbh] cbg
0 UbX ] bj U` ] X] hm WcbhYbh] cbg Uf Y Vch\ hc VY gYf j YX Uh h\ Y
1 VY[ ] bb] b[ cZ h\ ] g WUgY+ Nc ] Z kY&f Y hf m] b[ hc VY df UWh] WU`
2 UbX df cj ] XY Ug ai W\ ] bZcf aUh] cb i d Zf cbh Ug dcgg] V` Y) h\ Yb
3 B@WUb Z` Yg\ ci h >` U] ag 6 h\ f ci [ \ . 4 ** 6 UbX . 4) UbX
4 NdYWhf i a g\ ci ` X df cj ] XY W` U] a W\ Uf hg Zcf ] hg ] bj U` ] X] hm
5 WcbhYbh] cbg+
6 Sci f Ccbcf ) D kUbh hc ^i gh dc] bh ci h D Xc \ Uj Y U
. - WcbZYf YbWY k] h\ U ZYXYf U` Wci f h ] b H] bbYgchU Uh . . c&W` cW_+
. . D ^i gh kUbhYX hc ] b^YWh h\ Uh \ Yf Y Zcf h] aY di f dcgYg Ug
. / kY&f Y X] j ] b[ acf Y UbX acf Y ] bhc h\ YgY **
. 0 OC@>JPMO7 SYg+
. 1 HN+ =POG@M7 =i h D Xc h\ ] b_ h\ Uh h\ Uh ** ] Z kY&f Y
. 2 hf m] b[ hc df cj ] XY ** Z] [ i f Y ci h U kUm hc [ ] j Y ] bZcf aUh] cb
. 3 acf Y i d Zf cbh) h\ Yb ` Yh&g Xc ] h) Vi h ` Yh&g Xc ] h Vch\ kUmg+
. 4 HM+ K@ED>7 Sci f Ccbcf ) aUm D **
. 5 OC@>JPMO7 RY` ` ) h\ Uh&g **
. 6 HM+ K@ED>7 ** aUm D d` YUgY Z] b] g\ 9
/ - OC@>JPMO7 RY` ` ) \ c` X cb U gYWcbX+ D&a cZ h\ Y
/ . j ] Yk h\ Uh h\ Yf Y g\ ci ` X VY acf Y ] bZcf aUh] cb df cj ] XYX Vm Vch\
/ / g] XYg i d Zf cbh gc h\ Uh mci WUb [ Yh [ c] b[ UbX i bXYf ghUbX
/ 0 k\ Uh) mci _bck) k\ Uh YUW\ ch\ Yf ] g gUm] b[ + Nc d` U] bh] ZZ
/ 1 XYZ] b] hY` m \ Ug Ub ] XYU) VYWUi gY mci &j Y ] XYbh] Z] YX h\ Y hf UXY
/ 2 gYWf Yhg h\ Uh mci h\ ] b_ XYZYbXUbh \ Ug X] gW` cgYX) UbX mci
/ U` gc \ Uj Y gcaY ] XYUg UVci h h\ Y dUhYbh VYWUi gY mci &j Y
0 UggYf hYX h\ Y ] bj Ybhcf g\ ] d) mci _bck) W` U] a8 UbX bck mci
1 \ Uj Y h\ Y ] bj U` ] X] hm W` U] ag+
2 Nc D h\ ] b_ Vch\ g] XYg bYYX hc df cj ] XY gcaY acf Y
3 XYhU] ` + <bX D Xc h\ ] b_ h\ Uh h\ Y ** ] h&g bch ^i gh 6 UbX . 4)
4 VYWUi gY h\ Yf Y&g gcaY cbYg ] b h\ Y gYWcbX dUhYbh U` gc **
5 HM+ K@ED>7 M] [ \ h) mci f Ccbcf +
6 OC@>JPMO7 ** h\ Uh bYYX hc VY ** h\ Uh U ` ] hh` Y
. - V] h acf Y XYhU] ` kci ` X bYYX hc VY df cj ] XYX+ Nc) Zcf
. . Yl Uad` Y) 4 ** D aYUb) 4 XcYg \ Uj Y U W\ Uf h+ =i h h\ Yf Y aUm
. / bYYX hc VY U ` ] hh` Y V] h acf Y XYhU] ` ] b 4) 5) . - ) . . UbX . 5
. 0 cZ h\ Y gYWcbX dUhYbh+ <bX ] h XcYg gYYa hc aY h\ Uh mci a] [ \ h
. 1 VY UV` Y hc [ Yh U d\ chc[ f Ud\ cf gcaY d\ chc[ f Ud\ g cZ h\ Y
. 2 aUW\ ] bY h\ Uh&g ] b i gY ] b =cghcb+
. 3 HN+ =POG@M7 Sci f Ccbcf ) ] Z NdYWhf i a **
. 4 OC@>JPMO7 D i bXYf ghUbX h\ Uh mci WUb&h f Yj Yf gY*
. 5 Yb[ ] bYYf ] h) mci WUb&h [ c ] b hc Xc h\ Uh+ =i h) D aYUb) k\ m
. 6 WUb&h mci [ Yh U d\ chc[ f Ud\ cZ ] h9
/ - HN+ =POG@M7 =YWUi gY) mci f Ccbcf ) ] h&g U df ] j UhY
/ . \ cgd] hU` h\ Uh kci ` X ** D Xcb&h h\ ] b_ kci ` X U` ` ck U Vi bW\ cZ
/ / ` UkmYf g hc WcaY ] b UbX ghcd h\ Y] f UWhi U` i gY cZ h\ Y aUW\ ] bY
/ 0 hc Xc h\ Uh+ =i h D k] ` ` gUm h\ Uh ] Z NdYWhf i a Uf f Ub[ Yg Zcf
/ 1 h\ Uh) B@kci ` X VY \ Uddm hc Xc h\ Uh+ =i h D \ cbYgh` m Xcb&h
/ 2 VY` ] Yj Y h\ Uh B@WUb ^i gh WU` ` i d h\ Y \ cgd] hU` UbX gUm h\ Uh)
/ #RY&j Y [ ch h\ ] g ` Ukgi ] h U[ U] bgh NdYWhf i a+ RY bYYX hc ghcd
0 i g] b[ h\ ] g aUW\ ] bY hc ] aU[ Y dUh] Ybhg gc h\ Uh kY WUb WcaY ] b
1 UbX Xc Ub ] bZf ] b[ YaYbh UbU` mg] g+#
2 OC@>JPMO7 SYg+ =i h h\ Y aUW\ ] bY ] g df cVUV` m bch
3 ] b WcbghUbh i gY) dUf h] Wi ` Uf ` m bck k\ Yb h\ Y \ cgd] hU` g Uf Y
4 Z] ` ` YX k] h\ >JQD? dUh] Ybhg UbX bch Yj Yb gYY] b[ dUh] Ybhg)
5 mci _bck) Zcf ** D&a bch Yl UWh` m gi f Y k\ Uh h\ Y g] hi Uh] cb ] g
6 ] b =cghcb) Vi h VYWUi gY cZ h\ Y dUf h] Wi ` Uf Wf ] g] g kY&f Y ] b
. - f ] [ \ h bck) mci aUm UWhi U` ` m \ Uj Y) mci _bck) U h] aY dYf ] cX
. . k\ Yf Y h\ Yf Y WUb VY U ZYk d] Whi f Yg hU_Yb VYWUi gY dYcd` Y
. / a] [ \ h bch VY Wca] b[ ] b hc i gY h\ Uh aUW\ ] bY f ] [ \ h bck) mci
. 0 _bck) VYWUi gY h\ Ym&f Y ZcWi gYX cb h\ Y >JQD? dUh] Ybhg+ Nc
. 1 g] bWY h\ Yf Y&g j Yf m ZYk cZ h\ YgY aUW\ ] bYg) ] h gYYag hc aY
. 2 h\ Uh h\ Uh&g gcaYh\ ] b[ h\ Uh Wci ` X VY XcbY UbX g\ ci ` X VY
. 3 XcbY+ <bX ] h U` gc gYYag hc aY h\ Uh d` U] bh] ZZ Wci ` X df cj ] XY
. 4 gcaY acf Y XYhU] ` g UVci h h\ Y] f ] bj U` ] X] hm W` U] ag Uh h\ ] g
. 5 dc] bh gc mci WUb ^c] b ] ggi Yg) ] Z mci k] ` ` cb **
. 6 HM+ K@ED>7 Sci f Ccbcf **
/ - OC@>JPMO7 ** cb mci f f YgdYWh] j Y W` U] ag+
/ . HM+ K@ED>7 ** mci f Ccbcf ) ] Z D aUm9 Sci &f Y VUg] b[
/ / mci f gi [ [ Ygh] cb h\ Uh kY df cj ] XY UXX] h] cbU` ] bZcf aUh] cb cb
/ 0 ci f ] bj U` ] X] hm W` U] ag+ D Xcb&h _bck h\ Uh mci &j Y gYYb ci f
/ 1 ] bj U` ] X] hm UbU` mg] g) Vi h kY&X VY [ ` UX hc gi Va] h ] h hc mci +
/ 2 OC@>JPMO7 J_Um+
/ HM+ K@ED>7 <bX ] Z mci ` cc_ Uh ** D aYUb) mci gYYa
0 hc VY Xf Uk] b[ Ub Yei ] j U` YbWY \ Yf Y VYhkYYb k\ Uh h\ Y
1 d` U] bh] ZZ X] X UbX k\ Uh h\ Y XYZYbXUbh X] X) UbX h\ Uh&g VUgYX
2 i dcb XYZYbXUbh Wci bgY` &g UggYf h] cb+ =i h D h\ ] b_ ] Z mci ` cc_
3 Uh k\ Uh kY X] X) mci k] ` ` gYY h\ Uh kY kYf Y Yl hf YaY` m
4 XYhU] ` YX ** Yl hf YaY` m XYhU] ` YX ** ] b ci f ] bj U` ] X] hm
5 UbU` mg] g VUgYX i dcb h\ Y _Ym XcWi aYbhg h\ Uh kY gUm hYUW\ Yg
6 Yj Yf mh\ ] b[ + Db h\ cgY ZYk WUgYg k\ Yf Y **
. - OC@>JPMO7 J_Um+
. . HM+ K@ED>7 ** h\ Yf Y gcaY ei Ygh] cb) kY gdYW] Zm Vm
. / dU[ Y UbX ` ] bY h\ Y df ] cf Uf h+ RY h\ Yb kYbh ** k\ Uh cddcg] b[
. 0 Wci bgY` kUg f YZYf f ] b[ hc kUg kY gU] X) gc kY h\ ] b_ h\ ] g
. 1 _bcW_g ] h U` ` ci h) h\ ] g _bcW_g ] h U` ` ci h8 Vi h kY gU] X hc
. 2 h\ Y Yl hYbh h\ Uh h\ Yf Y ] g bYYX Zcf f YZYf YbWY Zcf h\ Y [ YbYf U`
. 3 ghUhY cZ h\ Y Uf h ** h\ Y [ YbYf U` ghUhY cZ h\ Y Uf h ** kY
. 4 X] Xb&h Udd` m h\ Ya U[ U] bgh h\ Y W` U] ag ** kY gU] X h\ ] g ] g h\ Y
. 5 [ YbYf U` ghUhY cZ h\ Y Uf h) UbX kY ` ] ghYX h\ YgY XcWi aYbhg+
. 6 RY X] X bch Udd` m h\ Ya VYWUi gY k\ Uh kY UggYf h ] g ] bj U` ] X ] g
/ - gdYW] Z] YX ] b [ f YUh XYhU] ` ** mci WUb gYY ] h) dU[ Y UbX ` ] bY
/ . bi aVYf g+
/ / OC@>JPMO7 J_Um+
/ 0 HM+ K@ED>7 <bX gc D kci ` X gi [ [ Ygh h\ Uh VYZcf Y **
/ 1 D kci ` X Ug_ h\ Uh mci f Ccbcf \ c` X ] b UVYmUbWY U [ YbYf U`
/ 2 f Yei Ygh h\ Uh kY [ Yh acf Y gdYW] Z] W ** h\ Uh mci hU_Y U ` cc_
/ Uh h\ Ya **
0 OC@>JPMO7 J_Um+
1 HM+ K@ED>7 ** UbX kY kci ` X gi Va] h h\ Ya hc mci +
2 OC@>JPMO7 <` ` f ] [ \ h) gc **
3 HM+ K@ED>7 <bX Ug hc **
4 OC@>JPMO7 ** k\ m Xcb&h ** WUb mci gi Va] h h\ Ya Vm
5 HcbXUm9
6 HM+ K@ED>7 Ni f Y) gi f Y+
. - OC@>JPMO7 J_Um+ R\ m Xcb&h **
. . HM+ K@ED>7 <bX Ug hc ** c_Um+ <bX Ug hc mci f
. / Ccbcf &g gi [ [ Ygh] cb UVci h ` cc_] b[ Uh h\ Y aUW\ ] bY) D&X ` ] _Y
. 0 hc h\ ] b_ UVci h ] h UbX X] gWi gg ] h k] h\ am W` ] Ybh) Vi h h\ ] g
. 1 a] [ \ h VY U kUm hc Y` ] a] bUhY h\ ] g dUf h cZ h\ Y ` Ukgi ] h j Yf m
. 2 ei ] W_` m+
. 3 OC@>JPMO7 M] [ \ h+
. 4 HM+ K@ED>7 <bX ** k\ ] W\ ] g k\ Uh D h\ ] b_ mci f
. 5 Ccbcf ] g [ c] b[ hc+ DZ Bf YYbV` i a ] g hY` ` ] b[ mci h\ Uh ] h&g
. 6 bch gc` X ` ] _Y h\ Uh \ Yf Y) h\ Yb k\ m Uf Y kY \ Yf Y9
/ - OC@>JPMO7 M] [ \ h+
/ . HM+ K@ED>7 <bX gc D&X ` ] _Y hc X] gWi gg ] h k] h\ am
/ / W` ] Ybh UbX gYY ] Z kY WUb Uf f Ub[ Y Zcf gcaYh\ ] b[ ` ] _Y mci f
/ 0 Ccbcf ] g df cdcg] b[ **
/ 1 OC@>JPMO7 D aYUb **
/ 2 HM+ K@ED>7 ** UbX kY **
/ OC@>JPMO7 ** ' ] bX] gWYf b] V` Y( gdYbX acbYm cb **
0 ] Z h\ Y aUW\ ] bY ] g bch Ug ] h&g UddYUf ] b[ ) h\ Yb) mci _bck)
1 ` Yh&g df cj ] XY h\ Uh ] bZcf aUh] cb+ O\ Uh&g **
2 HM+ K@ED>7 O\ Uh&g f ] [ \ h+
3 OC@>JPMO7 J_Um+ Nc k\ m Xcb&h mci hU` _ hc mci f
4 W` ] Ybh UbX gYbX aY h\ Y ] bj U` ] X] hm WcbhYbh] cbg h\ Uh mci X] X
5 cb HcbXUm+ D&` ` \ c` X h\ Y f i ` ] b[ ] b UVYmUbWY+ <bX hU` _ k] h\
6 mci f W` ] Ybh bYl h kYY_) UbX D kUbh mci hc hU` _ k] h\
. - XYZYbXUbhg UVci h [ Yhh] b[ gcaY d\ chc[ f Ud\ g UbX gcaY) mci
. . _bck ** UbX h\ Yb D kUbh mci hc gYbX aY U ghUhi g ` YhhYf h\ Y
. / Zc` ` ck] b[ kYY_) VYWUi gY D&a a] bXZi ` h\ Uh ] h&g >\ f ] ghaUg @j Y
. 0 UbX >\ f ] ghaUg cb O\ i f gXUm UbX Af ] XUm cZ bYl h kYY_+ Nc D
. 1 Xcb&h ** mci _bck) D Xcb&h _bck k\ Uh h\ Y gW\ YXi ` Y k] ` ` VY
. 2 k] h\ mci f W` ] Ybhg UbX h\ Y \ cgd] hU` UbX k\ UhYj Yf + Nc D&X
. 3 ` ] _Y mci hc [ Yh aY U ghUhi g ` YhhYf Vm h\ Y 0. gh+ <bX D&X
. 4 ` ] _Y mci hc kcf _ WccdYf Uh] j Y` m UVci h h\ ] g VYWUi gY ^i gh gcaY
. 5 d\ chc[ f Ud\ g aUm df cj ] XY gcaY ** mci _bck) UbX D Xcb&h _bck
. 6 k\ Uh ch\ Yf ** mci aUm VY UkUf Y) d` U] bh] ZZ aUm VY UkUf Y cZ
/ - acf Y di V` ] W ] bZcf aUh] cb h\ Uh k] ` ` df cj ] XY U ` ] hh` Y V] h acf Y
/ . i bXYf ghUbX] b[ Zcf h\ Y XYZYbXUbhg+ <bX aUmVY) mci _bck)
/ / aUmVY h\ Uh k] ` ` f YU` ` m bUf f ck h\ Y ] ggi Yg+ Nc ` Yh&g **
/ 0 HN+ =POG@M7 Sci f Ccbcf **
/ 1 OC@>JPMO7 SYg+
/ 2 HN+ =POG@M7 Sci f Ccbcf ) ^i gh ] b ` ] [ \ h cZ h\ Y
/ h] aY) D ^i gh kUbhYX hc ] b^YWh cbY acf Y f Yei Ygh) UbX h\ Uh ] g
0 h\ Uh k\ Yb NdYWhf i a gi Va] hg hc mci ] hg ] bj U` ] X] hm
1 WcbhYbh] cbg cb HcbXUm) h\ Uh h\ Y dUf h] Yg VY dYf a] hhYX ^i gh
2 hkc dU[ Yg hc X] gWi gg k\ m NdYWhf i a&g ] bj U` ] X] hm WcbhYbh] cbg
3 g\ ci ` X VY gi dd` YaYbhYX hc h\ Y gUaY ` Yj Y` cZ XYhU] ` h\ Uh
4 ] h&g f Yei Ygh] b[ B@&g ] bZf ] b[ YaYbh WcbhYbh] cbg VY
5 gi dd` YaYbhYX+
6 OC@>JPMO7 Ni f Y) h\ Uh&g Z] bY+
. - >Ub mci gi Va] h h\ Uh Vm h\ Y / 1h\ 9
. . HN+ =POG@M7 SYg+ Nc hkc dU[ Yg Zcf YUW\ dUf hm)
. / ^i gh hc aU_Y gi f Y h\ Uh kY&f Y U` ` cb h\ Y gUaY dU[ Y ] b ` YhhYf
. 0 Zcf aUh ** ] b U ` YhhYf ] g Z] bY9
. 1 OC@>JPMO7 < ` YhhYf ] g Z] bY+ A] ` Y ] h cb @>A+ DZ
. 2 gcaYh\ ] b[ bYYXg hc VY i bXYf gYU` ) ^i gh Zc` ` ck h\ Y
. 3 df cWYXi f Yg hc h\ Uh+
. 4 HN+ =POG@M7 R] ` ` Xc) mci f Ccbcf +
. 5 HM+ K@ED>7 <bX) mci f Ccbcf ) =f Ub_c KY^] W+ JbY
. 6 ` Ugh h\ ] b[ h\ Uh D _bck kY&f Y bch [ c] b[ hc [ Yh hc hcXUm **
/ - OC@>JPMO7 M] [ \ h+
/ . HM+ K@ED>7 ** Vi h ] h&g XYZYbXUbhg& Hch] cb . . 4)
/ / XYZYbXUbh gh] ` ` \ Ug bch df cXi WYX Ubm hYW\ b] WU` X] gWcj Yf m Ug
/ 0 h\ Y kYY_g dUgg+ <bX) mci _bck) h\ Uh ] g \ UadYf ] b[
/ 1 NdYWhf i a&g UV] ` ] hm hc aU_Y ] hg WUgY+
/ 2 OC@>JPMO7 M] [ \ h+ D i bXYf ghUbX+
/ HM+ K@ED>7 <bX kY **
0 OC@>JPMO7 D f YUX h\ cgY WcbhYbh] cb
1 ] bhYf f c[ Uhcf ] Yg+ NcaY cZ h\ Ya Uf Y hcc Vf cUX+ <bX kY&` `
2 \ Uj Y hc hU` _ UVci h ] h ] b Ubch\ Yf WcbZYf YbWY+ RY Xc \ Uj Y
3 WcbZYf YbWYg gW\ YXi ` YX ci h) Vi h D&` ` ` cc_ hc gYY ] Z D WUb
4 [ Yh mci ] b ] b YUf ` m EUbi Uf m ** VYWUi gY D h\ ] b_ ci f bYl h
5 WcbZYf YbWY ] g ` UhY EUbi Uf m ** gc kY WUb ] f cb h\ ] g ci h UbX
6 mci WUb [ Yh [ c] b[ + J_Um9
. - HM+ K@ED>7 PbXYf ghccX+ =i h h\ ] g ] g UWhi U` ` m
. . XYZYbXUbhg& Hch] cb . . 4) bch **
. / OC@>JPMO7 M] [ \ h+
. 0 HM+ K@ED>7 ** d` U] bh] ZZ&g ach] cb+
. 1 OC@>JPMO7 D i bXYf ghUbX ** D i bXYf ghUbX+ Sci kUbh
. 2 h\ Ya hc UbgkYf mci f WcbhYbh] cb ] bhYf f c[ Uhcf ] Yg+
. 3 HM+ K@ED>7 I c) kY kci ` X ** bc **
. 4 OC@>JPMO7 Sci kUbh hc gYf j Y h\ Y WcbhYbh] cb **
. 5 HM+ K@ED>7 ?YZYbXUbhg \ Uj Y Ug_YX h\ Y >ci f h Zcf
. 6 dYf a] gg] cb hc gYf j Y WcbhYbh] cb ] bhYf f c[ Uhcf ] Yg f Yei ] f ] b[ **
/ - OC@>JPMO7 M] [ \ h+
/ . HM+ K@ED>7 ** d` U] bh] ZZg hc ] XYbh] Zm U` ` h\ Y] f
/ / hf UXY gYWf Yhg VYZcf Y Ubm hYW\ b] WU` X] gWcj Yf m ] g df cXi WYX+
/ 0 O\ ] g ] g XYgd] hY h\ Y ZUWh h\ Uh kY \ Uj Y ] XYbh] Z] YX hf UXY
/ 1 gYWf Yhg < h\ f ci [ \ L ] b h\ Y A] f gh <aYbXYX >cad` U] bh **
/ 2 OC@>JPMO7 M] [ \ h) f ] [ \ h+
/ HM+ K@ED>7 ** k\ ] W\ \ Ug ' ] bX] gWYf b] V` Y( hkc
0 ach] cbg hc X] ga] gg+
1 OC@>JPMO7 M] [ \ h+ D i bXYf ghUbX+
2 HM+ K@ED>7 ** V] h Uh h\ Y Udd` Y+ <bX kY&f Y
3 g] hh] b[ \ Yf Y) mci _bck) VY] b[ XYb] YX df cdYf X] gWcj Yf m+
4 OC@>JPMO7 D i bXYf ghUbX+
5 HN+ =POG@M7 Sci f Ccbcf ) WUb D ` YUj Y h\ ] g Zcf am
6 Wc` ` YU[ i Y) Hf + EYb] _Y*BcXg\ U` _ hc \ UbX` Y gc h\ Uh D WUb ^i ad
. - cZZ h\ ] g WU` ` UbX cbhc h\ Y bYl h9
. . OC@>JPMO7 <Whi U` ` m) mYg) Vi h kY&f Y [ c] b[ hc YbX
. / h\ Y WcbZYf YbWY) UbX kY&f Y ^i gh [ c] b[ hc hUV` Y h\ ] g ] ggi Y
. 0 i bh] ` YUf ` m EUbi Uf m+ <bX D&a [ c] b[ hc [ Yh Ubch\ Yf
. 1 WcbZYf YbWY cb+ J_Um9
. 2 HM+ K@ED>7 O\ Ub_ mci ) mci f Ccbcf +
. 3 HN+ =POG@M7 O\ Ub_ mci ) mci f Ccbcf +
. 4 OC@>JPMO7 <` ` f ] [ \ h) gc D&a [ c] b[ hc hUV` Y ] h+
. 5 D&` ` ` cc_ Zcf kUf X hc mci f gi Va] gg] cbg+ <bX kY&f Y
. 6 UX^ci f bYX+ O\ Ub_g) Yj Yf mVcXm+
/ - HN+ =POG@M7 O\ Ub_ mci +
/ . HM+ K@ED>7 O\ Ub_ mci ) mci f Ccbcf +
/ / ' R\ Yf Yi dcb) h\ Y aUhhYf ] g UX^ci f bYX+(
/ 0
/ 1
/ 2
0/ > @M O D A D > < O @
1
2 D) >Uf c` Y Gi Xk] [ ) WYf h] Zm h\ Uh h\ Y Zcf Y[ c] b[
3 hf UbgWf ] dh cZ df cWYYX] b[ g ] b h\ Y WUgY cZ NdYWhf i a ?mbUa] Wg
4 HYX] WU` G] a] hYX j + BYbYf U` @` YWhf ] W) ?cW_Yh $ . 5*Wj *. . 053*

5 QN=*FCK) kUg df YdUf YX i g] b[ X] [ ] hU` hf UbgWf ] dh] cb gcZhkUf Y
6 UbX ] g U hf i Y UbX UWWi f UhY f YWcf X cZ h\ Y df cWYYX] b[ g+
. -
. .
. /
. 0 N] [ bUhi f YTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTT
. 1 >Uf c` Y Gi Xk] [
. 2 ?UhY7 ?YWYaVYf / . ) / - / -
. 3
. 4
. 5
. 6
/ -
/ .
/ /
/ 0

/ 1
/ 2